# COMPLAINT

**(for non-prisoner filers without lawyers)**



2022 OCT 31 ⊃ 2: 28

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

---

(Full name of plaintiff(s))

**Nicholas Earl Rezny**

**ACRDGroup LLC**

American Community ReDevelopment Group LLC

v.

(Full name of defendant(s))

Leslie Van Buskirk, Wisconsin Department of Financial Institutions

Heather Hecimovich Hough, City of Milwaukee

**Attorney General Josh Kaul, et al**

Case Number:

**22-C-1285**

(to be supplied by Clerk of Court)

---

A.    PARTIES

    1.    Plaintiff is a citizen of **Wisconsin** _____ and resides at

                                  (State)

    **2154 North 48th Street, Milwaukee, WI 53208**

                                    (Address)

    (If more than one plaintiff is filing, use another piece of paper.)

    2.    Defendant **See attached.**

                                            (Name)

Complaint – 1

## Defendants

1) Wisconsin Department of Financial Institutions, 4822 Madison Yards Way, North Tower, Madison, WI 53705
    a. Leslie Van Buskirk
    b. Mark Dorman
    c. Robin Jacobs
    d. Lindsay Fedler
    e. Heather MacKinnon
    f. Matthew Lynch
    g. Randall Schumann
    h. David Cohen
    i. Andrew Parish
    j. Greg Kipfer
    k. Leah I Erickson
    l. Every person who ever signed or assisted in a DFI "order" being issued.
2) Milwaukee City Attorneys Office, 200 E . Wells Street, Room 800, Milwaukee, WI 53202
    a. Heather Hecimovich Hough
    b. Adam Stephens
    c. Kail Decker
    d. Former City Attorney Grant Langley
3) Milwaukee Alderman Michael J. Murphy, 200 E Wells St, Rm 205, Milwaukee, WI 53202
4) Former Mayor Tom Barrett, US Ambassador to Luxembourg, 22 Boulevard Emmanuel Servais, L-2535 Luxembourg
5) Wisconsin Department of Justice, 2 E Main St, Madison, WI 53703
    a. Attorney General Josh Kaul
    b. Attorney Kathryn Spitz
    c. Former Attorney General Brad Schimel
    d. Former Attorney General J.B. Van Hollen
    e. Former Attorney General Peggy Lautenschlager
    f. Former Attorney General James E. Doyle
    g. Attorney Mark A Neuser
    h. Attorney Paul W Humphrey
    i. Attorney Winn S Collins
    j. Court Official Scott W McAndrew
    k. Court Official Rebecca St. John
    l. Court Official Dawn Wilson
    m. Court Official Rhonda L Lanford
    n. Court Official John Ly
    o. Court Official Cassandra Schwartz
6) Wisconsin Court of Appeals, 2727 Grandview Blvd, Suite 300, Waukesha, WI 53188

     a. Judge Brown
     b. Judge Snyder
     c. Judge Nettesheim
     d. Judge Nashold
     e. Judge Blanchard
     f. Judge Graham

7) Governor Tony Evers, 2 E Main St, Madison, WI 53703
8) Department of Administraton, 101 E Wilson Street, 7th Floor, Madison, WI 53703
     a. Secretary Kathy Blumenfeld
     b. Attorney Bill Ramsey
     c. Tom Sandine
     d. Paige Heckel
9) LaCross County, 333 Vine St, La Crosse, WI 54601
     a. Prosecutor Timothy Jon Guenke
     b. Judge Ramona A Gonzalez
10) Kenosha County, 912 56th ST, Kenosha, WI 53140
     a. Judge Bruce E Shroeder
     b. Judge Carl M Greco
     c. Judge David Bastianelli
     d. Judge Michael Fisher
     e. Judge Kristen Kukawski
     f. Prosecutor Jessica L Krejcarek
11) Waukesha County, 515 W Moreland Blvd, Waukesha, WI 53188
     a. Judge Michael L Bohren
     b. Prosecutor Nathaniel E Adamson
12) Attorney Steven Biskupic, 1045 West Glen Oaks Lane, Suite 106, Mequon, WI 53092
13) Gimbel, Riley, Guerin, & Brown LLP, 330 E Kilbourn Ave, Suite 1170, Milwaukee, WI
    53202
     a. Attorney Patrick J Knight
     b. Attorney Josh Gimbel
14) Attorney Jeffrey Sweetland and Margaret Murphy, 1902 N 48th ST, Milwaukee, WI 53208
15) Betty & Carl Nilssen, 2024 N Hi Mount Blvd, Milwaukee, WI 53208
16) Charles Dee & Ann Landre, 2032 N Hi Mount Blvd, Milwaukee, WI 53208
17) Jack Boblick, 2013 N Hi Mount Blvd, Milwaukee, WI 53208
18) Ryan & Sara Janacek, 2039 N Hi Mount Blvd, Milwaukee, WI 53208
19) Matthew & Andrea Loss, formerly of Hi Mount Blvd, now of 6428 W Washington Blvd,
    Wauwatosa, WI 53213
20) Darrel & Barbara Jacobs, 1930 N Hi Mount Blvd, Milwaukee, WI 53208
21) Nicholas B Daar, now of 2019 N Hi Mount Blvd, Milwaukee, WI 53208
22) Attorney Michael G Heller, 1031 N Astor St, Miiwaukee, WI 53202

23) City of Milwaukee Department of Neighborhood Services, 841 N Broadway, Unit 105, Milwaukee, WI 53202
    a. Commissioner Erika R. [Lewandowski] Roberts
    b. Peter Laritson
    c. Kristen Reed
    d. Tom Wessel
    e. Steve Chalstron
    f. Kimberly Lyons
    g. Kristen Reed
    h. Nastacia Smith
    i. Michael Williams

24) Community Advocates, 728 N James Lovell Street, Milwaukee, WI 53202
    a. Former employee Jo-el Bosley
    b. Monta Mabry

25) Attorney Michael P Hupy, 111 E Kilbourn Ave, #1100, Milwaukee, WI 53202

26) State Representative Evan Goyke & Gaby Goyke, 2 E Main St, Madison, WI 53703

27) Kravit, Hovell, and Krawczyk, LLP, 825 N Jefferson, 5th Floor, Milwaukee, WI 53202
    a. Attorney Steven Kravit
    b. Attorney Benjamin Glicksman
    c. Attorney Brian Fahl
    d. Attorney Michael Huitink, now of SRB Law Group
    e. Attorney CJ Krawczyk
    f. Clients, Jay and Nancy Patel of Crown Point, IN

28) Dana Investment Advisors, 20700 Swenson Dr #400, Waukesha, WI 53186
    a. Greg Dahlman, Senior VP
    b. Mark Mirsberger, CEO
    c. Joseph Veranth, CIO
    d. Michael Stewart, CCO
    e. Duane Roberts, Director
    f. Robert Leuty, Director

29) Scott J Lurie, F Street Investments LLC: 1134 9th Street, Suite 200, Milwaukee, WI 53202

30) Milwaukee County, 901 N 9th ST, Milwaukee, WI 53202
    a. Judge Marshall B Murray
    b. Judge Ellen Brostron
    c. Judge David Hansher
    d. Judge Jane Carroll

31) Attorney Chris Head, 436 E Plainfield Ave, Milwaukee, wI 53207

32) Cramer, Multhauf, & Hammes, LLP, 1601 E Racine Ave #200, Waukesha, WI 53186
    a. Attorney Daniel Haybeck
    b. Attorney Matthew Fernholz

33) Milwaukee Journal Sentinel, 330 E Kilbourn Ave, Milwaukee, WI 53202

a. Reporter Cary Spivak

34) Attorney Matthew Saffar, 800 Northwest Hwy #1095, Palatine, IL 60074

    a. Client: David Calzaretta of Naperville, IL

35) Husch-Blackwell, LLP, 33 E Main Street, Suite 300, Madison, WI 53703

    a. Attorney Daniel McGarry

    b. Attorney Iana Vladimirova

36) Attorney James T Moczydlowski, 1333 College Ave, South Milwaukee, WI 53172

    a. Client: Bill Kern and Prosource Wholesale Floorcoverings

37) Trevek R Sengbusch, 729 W Barry Ave, Chicago, IL 60654

38) Bradley M Binversie, 16505 La Cantera Pkwy, Apt 535, San Antonio, TX 78256

39) Clark Legacy Holdings LLC, Charles Anthony Clark: 3432 S Logan Ave, Milwaukee, WI 53207

40) Dark Roast LLC:

    a. Kyle Stanley, 415 N. Front ST #601, Columbus, OH, 43215

    b. Kyle Willkom, 1559 Centennial Drive, Longmont, CO 80501

    c. Jeremy Frey: 2647 E Almond Ave, Apt A, Orange, CA 92869

41) Abronia LLC: Kyle Willkom, 1559 Centennial Drive, Longmont, CO 80501

42) David M Warner, 412 Lakeview Rd, South Milwaukee, WI 53172

is (if a person or private corporation) a citizen of _____

(State, if known)

and (if a person) resides at _____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.    Who violated your rights;
2.    What each defendant did;
3.    When they did it;
4.    Where it happened; and
5.    Why they did it, if you know.

In 1998, the Wisconsin Department of Financial Institutions declared itself the ability to

suspend the US Constitution and Federal Law and their own employee code of conduct

in order to make it illegal for any Wisconsin citizen to enter into a civil contract without

the permission of the DFI. This allowed the State of Wisconsin Department of Justice

to prosecute persons for unpaid debts by calling them "securities fraud". The DFI's

actions were backed by the Wisconsin DOJ, every single elected Attorney General, and

upheld by the Wisconsin Court of Appeals. This was happened because the DFI is

responsible for self-reporting its own criminal activity, and, per the actions of the former

public employees union, unions members employed by the State of Wisconsin were

taught to only see the actions of one another as "justified" and "good intentioned" and

to stand behind the actions of one another no matter what, no matter the outcome.

Low and behold, the DFI suspended the Constitution and Federal Law and their own

employee code of conduct and declared their acts "justified" and "good intentioned"

and as a result, all of their publicly-employed brethren went along with this...and

every single person who turned a blind eye to this treason did so for personal and

political gain, and this has been happening since 1998. And the DFI targets vulnerable

individuals, persons likely to believe their lies: old women, black men, and persons

with cognitive disabilities. They told me in 2010 it was illegal for me to get a mortgage

loan without first registering it as a publicly traded security, and my punishment they

decided was to sign an order saying they are right about the law...and if I don't sign

their order then they will bring criminal charges against me and I will go to jail...

because this how advanced this system is throughout the government of Wisconsin.

In 2016, I bought a house at 2019 N Hi Mount Blvd in Milwaukee and set about

renovating it. This is the block of long-time mayor Tom Barrett, and city officials and

their friends live on this block. Friends of Tom Barrett [who are all either current or

former public employees union members and their affiliates and sympathizers] hated

that I allowed black human beings into my home, so they used their political ties to

reach out to the DFI to suspend the constitution, federal law, and their employee code

of conduct to declare my business illegal, slander me publicly, destroy my reputation,

and my life...because I allowed black humans into my home on Hi Mount. see attached.

## Nicholas Earl Rezny Full Statement of Claim

Former members of Wisconsin's public workers unions and their affiliates and sympathizers who are currently full-time public employees [and therefore beholden to a code of conduct which prohibits them from doing so] suspended both the United States Constitution and all Federal Law from applying to Wisconsin residents and declared themselves having the power to do so.

Specifically, former & current workers at the Wisconsin Department of Financial Institutions Leslie Van Buskirk, Mark Dorman, Robin Jacobs, Lindsay Fedler, David Cohen, Randall Schumann, Matthew Lynch, Heather MacKinnon, and their accomplices, aided by the Wisconsin Department of Justice (countless individuals, especially Attorney Kathryn Spitz), the Wisconsin Court of Appeals Brown, Snyder, Nettesheim, the past 5 elected Attorney Generals of Wisconsin, as well as numerous local judges, prosecutors, and police officers, are currently engaged in a system created both secretly and without knowledge of neither the legislature nor voters in which they all agreed in conjunction to suspend the United States Constitution on a case by case basis in order to allow the Wisconsin Department of Financial Institutions to declare itself the sole arbiter and applicator of securities laws in the State of Wisconsin and create crimes tailored to the free actions of American citizens in order use up their budget, validate promotions, and protect the job security of one another.

Upon all of these parties conspiring to give the DFI the power to suspend the Constitution, Federal Law, and any & all sort of oversight by the Securities & Exchange Commission into their actions, the DFI proceeded to 'cut & paste' words at will from Wisconsin's securities laws to create new & on the spot laws to allow the Wisconsin Department of Justice to prosecute Wisconsin residents for unpaid debts (in violation of the Supreme Court rulings of 1833 and 1983)

by reclassifying unpaid debts as "securities" and the nonpayment of said debts "misrepresentation in connection with the offer & sale of securities in Wisconsin".

The suspending of the United States Constitution and the Federal law by the parties involved is known to have begun in 1998, and maybe earlier. The plot to do this was carried out using the protections of the public workers unions to prevent its workers from being fired, therefore allowing workers to abuse their authority and act criminally without fear of repercussion because they were acting within their perceived training from the Unions, which can be summed up as follows:

When it comes to the termination of an employee, 1)when an employee "believes" his or her actions are justified, the actions are just and cannot be deemed wrong; 2) when an employee has "good intentions", said employee shall not be responsible for any consequences, and 3) all union members "believe" all union members' actions are both justified and good intentioned, therefore to deem or see the actions of another union member as neither or either "not justified" or "bad intentioned" then that union member has under-minded the union and becomes a pariah.

Therefore, in 1998, when the DFI's Mark Dorman, Randall Schumann, Greg Kipfer, and Patricia Struck conspired with LaCrosse County Prosecutor Timothy Jon Guenke and LaCross Judge Ramona A Gonzalez to suspend the United States Constitution and Federal Law from applying to US Citizen & Wisconsin resident Phyllis Hoeth, they all "believed" their own actions and the actions of each other were of "good intentions" and "justified" for "the protection of Wisconsin investors." This is the first known case in both United States and world history in which persons who gave a loan via usury in the form of a civil contract promissory note (in which the IRS classifies the interest

earnings through a 1099-INT form) was now deemed an "investor in a security"...even though securities earn either dividends taxes with a 1099-DIV form or capital gains & dividends with a 1041-ES, which in no way are related to the 1099-INT.

Yet, in the DFI using their power to suspend the Constitution and Federal Law, they suspended all IRS rules as well.

And this is how it became illegal to receive a loan in the State of Wisconsin without first receiving permission from the full-time employees at the Department of Financial Institutions and their abettors and accomplices at the Wisconsin Department of Justice and the Wisconsin Court of Appeals, who upheld the actions of the DFI & DOJ because they, too, still succumb to the 'professional courtesy' amongst public employees to "believe" one another is always doing the "right" thing...so when the DFI suspended the Constitution and Federal Law to create crimes that resulted in more convictions for the DOJ, the Wisconsin Court of Appeals created rulings to say this was acceptable within Wisconsin State Law and held up the convictions.

In the case of Ms. Hoeth, she was a 62 year old local woman who had received loans from 12 local people to help her start a travel business. She paid on the loans for a few years and then defaulted when she went out of business. The persons who had loaned her money all either received or were in process of receiving civil judgments from civil court when the criminal gang at the DFI and the prosecutor and judge determined it was a "good intentioned" and "justified" act to suspend the Constitution and Federal law (including IRS rules) and Securities & Exchange Commission oversight to create a new law to be applied to Ms. Hoeth in which the definition of "security" in state law, which states ""Security" means a note; stock; treasury stock; security future; bond; debenture; evidence of indebtedness; limited partnership interest; life

settlement investment or similar agreement; certificate of interest or participation in a profit-sharing agreement; collateral trust certificate; preorganization certificate or subscription; transferable share; investment contract; voting trust certificate; certificate of deposit for a security; fractional undivided interest in oil, gas, or other mineral rights; put, call, straddle, option, or privilege on a security, certificate of deposit, or group or index of securities, including an interest therein or based on the value thereof; put, call, straddle, option, or privilege entered into on a national securities exchange relating to foreign currency; or, in general, an interest or instrument commonly known as a "security""...and removes all other words in state securities laws in order to deem this the only words of securities law.

By suspending the Constitution, Federal Law, and SEC oversight, the DFI declared for themselves the power to declare their new legal reading as valid and accurate in Wisconsin law and to be interpreted the word "note" to include both the United States currency (in which every American greenback dollar is a "note" of legal tender, as printed on the back of every dollar) as well as civil contract loan documents, often called "promissory notes" —which are protected under Article 1, Section 10 of the United States Constitution, aka: "The American Dream" clause of the Constitution, and therefore are immune from government interference— however, by the WDFI declaring themselves the power to suspend the Constitution and Federal Law and therefore having the power solely craft, apply, and interpret Wisconsin's securities laws however they deem fit for the "protection of Wisconsin investors", the criminal gang at the DFI declared the 62 year old had "sold note securities without registration" and "misrepresented the sale of securities" when she defaulted on her loans. Both LaCrosse County Prosecutor Timothy Jon Guenke and LaCross Judge Ramona A Gonzalez —each themselves believed to be either Union members, affiliates, or sympathizers— acknowledged and approved and participated in the DFI's treasonous act.

Ms. Hoeth was told by this criminal gang that it was now an indisputable fact that her loan documents were securities and the DFI determined she had broken the law, therefore she had no choice but to plead guilty.

Treason is defined as "levying war" against the United States of America, and "levying war" has been determined to mean "forcible opposition to the carrying out of public laws", which is indisputably what the DFI did when they suspended the Constitution, Federal Law, and SEC oversight in order to force their own beliefs on the unsuspecting American citizens in Wisconsin.

In this case, by suspending the Constitution and Federal law, in order to call a real property civil contract document a "security" —without even requiring these civil contracts to go through the Uniform Application to Register Securities to be issued as a security— is likely the most obvious example of "forcible opposition to the carrying out of public laws" in American history.

And they all agreed to utilize "plausible deniability" to turn a blind eye to each other's actions; after all, this is what the unions teach their members to do for the sake of "job protection".

After the DFI successfully got away with their treason, they built upon it: they began issuing orders of "securities fraud" against both Wisconsin and non-Wisconsin residents. They worked with the all of elected Attorney Generals to prosecute American citizens by all agreeing to secretly suspend the Constitution and Federal Law whenever they saw an opportunity to do so. And the DFI found local prosecutors who also abhorred the Constitutional protections for Americans that stopped prosecutors from obtaining easy

convictions and thus limiting their ability to obtain promotions due to the "inalienable rights" listed in the Constitution.

In 2003, the DFI targeted a Michigan man named Kevin Felix McGuire, who received loans from two persons he knew in Wisconsin—one of which was apparently his girlfriend at the time— for $140,000 to buy a race car. When McGuire defaulted on the debt, the girlfriend's rage at his perceived betrayal caused the DFI to give itself a "good intentioned" and "justified" reason to suspend the United States Constitution and Federal Law from applying to a United States citizen who did not even live in Wisconsin. Kenosha County court officials Bruce E Shroeder, Carl M Greco, David Bastianelli, Michael Fisher, Kristen Kukawski, and Prosecutor Jessica L Krejcarek, all teamed with the criminal gang at the DFI to suspend the Constitution and Federal Law in order allow the DFI to claim that the [Constitutionally-protected] civil contract loan documents between McGuire and his two friends were "sales of unregistered securities" and that McGuire was guilty of "Making False Statements in connection with the offer and sale of securities". McGuire claimed his rights as an American citizen to refute the allegations against him; however, the DFI's David A Cohen, Randall Schumann, Leslie Van Buskirk and Mark Dorman all provided official under oath testimony that their application of securities laws were correct: "In Wisconsin, all notes are securities, and all securities have to be registered", and the judge directed the jury to believe the DFI since the DFI's code of conduct does not allow them to lie and therefore is true…and since the DFI, Judges, and prosecutors all involved in this case agreed and supported the DFI's ability to suspend the Constitution and Federal Law to make their [treasonous] claims against McGuire, it meant the DFI was not lying because they all "believed" the DFI's intentions were good and actions justified —as taught by the union.

McGuire appealed his conviction. Attorney General Peggy A. Lautenschlager and Assistant Attorney General Mark A. Neuser partnered with the criminal gang at the DFI and Appellate Judges Brown, Snyder, Nettesheim of the Wisconsin Court of Appeals to create an appellate court ruling to validate the DFI's power:

First, the appellate judges did not dispute the DFI's ability to suspend the Constitution and Federal Law in order to claim that the loan document was a security. Second, they applied the Federal "Reves Test" to the McGuire's real property civl contract —so while the Constitution and Federal Law were deemed by the DFI, DOJ, and Attorney General to not apply to McGuire's real property civil contract, they all simultaneously approved of the Federally-used Reves Test in order to state the loan civil contract was a security and the Wisconsin Court of Appeals upheld this, thus further deepening the DFI's power to not only suspend the Constitution and Federal Law, yet to still be able to cite federal laws in order to obtain convictions in Wisconsin [at taxpayer expense] when the DFI's "believes" it has "good intention" and "justification" to do so.

The Wisconsin Court of Appeals Judges Brown, Snyder, Nettesheim held up McGuire's conviction by carefully stating that they were not determining that the promissory note was a security, and rather that the note was an "investment contract" and "investment contracts" are securities under Wisconsin law and because McGuire and his lawyers did not dispute the DFI's [false, unconstitutional] claim that the civil contract promissory note was an "investment contract" it meant that McGuire, by not disagreeing, therefore agreed with the DFI. However, DFI and it's employees are required by Wisconsin State Law to not lie and to accurately apply the laws of this State, so when they declared the real property civil contract promissory note an "investment contract" they did so illegally and treasonously. And per the Wisconsin Court of Appeals Judges Brown, Snyder, Nettesheim ruling on this case, when the DFI lies, suspends both the Constitution and Federal Law, and

recruits the Attorney General and justice department into its treason, if a person targeted by this criminal gang does not realize it is a criminal gang executing treason then therefore the person is agreeing with what is happening to them and therefore it's the fault of the US citizen targeted by this criminal gang and not the fault of the criminal gang [of union members, affiliates, and sympathizers] for the Court of Appeals to uphold the conviction.

And this is how the Wisconsin Court of Appeals became complicit in Treason by the DFI and justice Department.

In 2012, the DFI found a respectable black man with no criminal record who is a minister for his respective religion who had a house flipping business. The DFI's Mark Dorman (who is not a law enforcement officer, yet has declared himself to be one as a result of his employment by the DFI which carries the power to suspend the Constitution, and therefore, with support of the justice Department, Dorman is allowed to declare himself as a police officer without adhering to any rules for police officers or public employees—because he believes he has "good intentions" and his actions are "justified") was dispatched to play "good cop" and told this black man, Eric N Page, that Page broke securities laws. Page rebutted, stating he did not know anything he was doing was illegal because his real estate business is not unlike any other real estate business that gets loans to buy real estate and then sells the real estate. Dorman softly and coyly told Page that the DFI, DOJ, and Court of Appeals had all already agreed that the DFI can declare any note a security at any time, and Page's "criminal intent" was not calling the [all-white employee team who has never hired a black or Hispanic co-worker] DFI Division of Securities for permission to make money (per the DFI, all notes are securities, therefore money is a security, thus allowing the DFI to make their [treasonous] said claim against Page).

Page plead guilty to securities fraud in order to stop the DFI from making further testimony against him and receive a reduced sentence. However, apparently the white judge determined that since it was Class H felony being issued against Page, it was best to "send a message" by giving Page no less than 4 years in prison in which he was not to be eligible for any early release or sentencing reduction...for a crime that doesn't not actually exist.

Upon being released from prison [for a crime the DFI made up and convinced Page he committed], Page had difficulty finding work as a convicted felon, and was unable to continue to repay his court-ordered debts in a timely matter. Therefore, Mark Dorman once against identified himself as a police officer and by pretending to be a police "investigator" got Page's parole revoked, thus causing Page to spend even more time in prison at the expense of taxpayers. The judges and prosecutors who aided and abetted the DFI's treason in order to convict Page of these fake crimes to the detrimental expense to Wisconsin taxpayers are: Scott W McAndrew, Rebecca St. John, Dawn Willison, Rhonda L Lanford, John Ly, Cassandra Schwartz, and Prosecutor Paul W Humphrey.

Unsurprisingly, Judges Nashold, Blanchard, Graham of the Wisconsin Court of Appeals, at the urging of Paul W Humphrey and Winn S Collins of the Wisconsin Department of Justice, held up Page's conviction by turning a blind eye to the treason of the Wisconsin DFI, DOJ, and Appellate Courts...apparently because public employees are allowed to "not believe" anything they either do not want to believe or does not fit their agenda by way of declaring "good intentions" and "justification" to their actions.

In another case of treason by Attorney General Josh Kaul in conjunction with Prosecutor Nathaniel E Adamson and Judge Michael L Bohren, Page is

currently facing new charges in Waukesha County at the demand of the DFI, based on the DFI's ability to suspend the US Constitution and Federal Law in which the DFI has now declared Page's 30-year-old consulting business in which he helps business owners get their companies off the ground...to be securities fraud and a willful violation of a DFI order against him —even though the DFI knew previously of his consulting business and never previously suspended the Constitution to declare Page's business illegal prior to now.

Due to the treason of the DFI & DOJ going on for nearly 25 years and ensnaring likely over 100 prominent Wisconsin government officials and current & former elected officials, the DFI has every reason to want to keep this matter from coming into public knowledge.

After Act 10 caused an end to the union rules over the action of the DFI and state employees, pro-union-state-employees still operate in the Union mindset of "believing" in each other's actions and "refusing to believe" they can be committing criminal activities, and as a result they refuse to accept criminal complaints about one another and seemingly do everything in their power to prevent complaints being made by residents. As a result, per the DFI's Mark Dorman and Heather MacKinnon: there is no way to report the DFI or other state employees for criminal conduct against American citizens and Wisconsin residents. The only recourse a citizen has against a public employee is to file a civil suit claiming "workplace rules violations", and once this is done the Wisconsin Department of Justice issues an DOJ-employed & taxpayer-funded attorney to represent the state employee at no cost to the state employee, with the full cost going to taxpayers to pay for the defense of the state employees. (All other Wisconsin residents must pay for their own attorney when they are accused of breaking state laws —unless they qualify for a public defender.)

> Therefore, the DFI secretly keeps tabs on its the persons it has issued orders
> against in order to frame said persons for new crimes if a said person attains a
> level of financial success that will enable said person to file a suit against the
> DFI to expose the DFI's treason.

Eric Page is one of these people who upon exiting prison went out and became successful once again, thus giving the DFI reason to frame him again to prevent him from earning enough money to file a civil suit against the DFI, their aides, abettors, and accomplices.

Another person the DFI kept tabs on and framed a 2nd time upon becoming successful is Russell C Freeman. Freeman, like Eric Page and Phyllis Hoeth, is a "vulnerable person".

Hoeth was a female senior citizen. Eric Page is a black man. And Russell Freeman is a cognitively disabled man who suffers from social disorders and very likely is autistic.

I say Freeman is autistic because I have autism spectrum disorder, and I knew him because he was my girlfriend's mom's boyfriend, and this is how I became acquainted with him leading to us working together at Genesis Fulfillment Management beginning in Sept 2009, after the real estate crash of the Great Recession. Freeman had gone through a seminar about how to start a real estate investment business as a result of the 2008 crash; the setup is based on the "Rich Dad, Poor Dad" business model: get "bridge loans" to buy & renovate real estate, then refinance it. Seeing that Russell was a born-again Christian, the aim was to acquire inner-city Milwaukee foreclosures, renovate them, and rent them to low-income families.

Within the first year, the company Freeman and I worked for acquired, renovated, and offered for rent 18 homes to low-income families in Milwaukee, and this is when Mark Dorman of the Wisconsin Department of Financial Institutions contacted me and told me the DFI had already determined that it is illegal to get loans to buy real estate without first registering them as publicly-traded securities. I told him that wasn't true, to which Dorman told me I had committed multiple felonies for being involved in a real estate business that gets loans. Furthermore, Dorman went on to say to me that "anytime the word 'investment' is used it automatically means it is a security" —Dorman said this to me because the DFI had already declared themselves the power to suspend the United States Constitution, and therefore the 1st Amendment for Freedom of Speech was revoked from me without my knowledge, hence Dorman's declaration using the word "investment", of which the first known usage of the word "investment" was in the year 1597 (per Merriam-Webster dictionary), now "automatically means it is a 'security'" and therefore I have "committed multiple felonies" for working for an "investment" business without a securities license. On top of this, Dorman stated that because I was communicating with lenders of the "bridge loans" by email, it meant that I was "publishing and broadcasting advertisements for sales of securities" because although the words "publish" and "broadcast" were meant for paid advertisements in "published-as-in-printed-on-paper-publications" and "broadcast-as-in-over-the-airwaves-broadcasts", the DFI used their power to suspend the Constitution and Federal Law to now declare when I wrote an email and used the word "investment" it now meant for me, Nicholas Earl Rezny, that I "published" the email by writing it and "broadcast" the email by sending it, therefore the DFI concluded themselves I had "committed multiple felonies" because they have the power to do this and I have no Constitutional rights to stop this because their actions are "good intentioned" and "justified".

Next, Freeman's parole was revoked at the urging of the DFI's Mark Dorman by claiming he was an "investigator" for the DOJ. Freeman, having been framed years prior by the DFI using their methods of suspending the Constitution and Federal Law, had quit Genesis Fulfillment and went to work at a Kia dealership selling cars in order to protect Genesis, it's properties, bridge loan lenders, and the low-income families who lived in the homes from being subject to the DFI's ability to suspend the Constitution and apply securities laws to any person in any way they can, want, or choose. In response, the DFI, Dorman, and Freeman's parole officer crafted a parole revocation form to fit Freeman's actions, that he didn't give his parole officer proper notice of job change, etc, etc.

Freeman's parole officer called me to pick up Genesis items left in Freeman's car after his arrest. I asked her why Freeman was being locked up because he believed he was due for early release for having paid off his restitution. She responded that Freeman had not paid any of his restitution. I showed her CCAP and Freeman's case number stating that it was paid off, hence Freeman's belief his restitution was paid off. She stated that it must be a CCAP error and will have it corrected.

Dorman contacted me again, now with a new story: The Genesis Fulfillment Management business was not illegal, it was only illegal for Russell Freeman to be doing it, and Dorman offered for me to come to the DFI headquarters in Madison to receive "free legal advice" from his bosses Leslie Van Buskirk and Randall Schumann for me to spin-off my own real estate business. Upon my arrival in Madison, this criminal gang of DFI employees locked me in a room and berated me that I had "committed multiple felonies" and demanded I confess immediately. I refused, saying, "What Freeman and I do in buying distressed real estate, renovating it, and renting it to low-income families is a

"good" act of humanity, therefore how can it be illegal?" To which they replied, "it is illegal because we say it is illegal and this has already been decided." Furthermore, they declared to me that because my real estate business gets bridge loans and after renovation on the houses is completed those bridge loans are then refinanced with bank loans, the legal refinance process where an old loan is paid off via refinance with a new loan "constitutes a classic Ponzi scheme because it is using 'Peter loan to pay Paul loan'". I asked the DFI gang in the room if they had ever refinanced their homes, to which they all replied in the affirmative. I concluded they are all running Ponzi Schemes based on their own definition, to which they replied they are not running Ponzi Schemes when they refinance their homes because they determined what they are doing is not a Ponzi Scheme and they determined when I refinance a house it is a Ponzi Scheme...because they hold the power to determine this (by suspending the Constitution and Federal Law).

I was held against my will by this criminal gang; I was only 25 years old and I am cognitively disabled. In order for me to be let out of the room I had cry and agree to allow Mark Dorman to show up to my personal home the next day and allow him to go through all of my business documents and take with him whatever he wanted.

Upon being let out of the room, I contacted my parents to ask them for a lawyer referral. They sent me to their neighbor Kenosha Attorney Larry Keating. I emailed Dorman and cancelled on him and met with Keating the next day. Keating admitted he felt he knew nothing about civil contracts, so he sent me to Kenosha Attorney Joe Madigrano. Madigrano then sent me to Milwaukee Attorney Josh Gimbel, and Gimbel set me up with his partner, former US Attorney for the Eastern District of Wisconsin Steve Biskupic.

Biskupic told me "the law is whatever the DFI says it is" therefore the mortgage loans I got were securities because the DFI has power to say so. Biskupic continued that he knew Mark Dorman "from the Justice Department" —even though the DFI is a state agency exactly like the DOT, and in no way is part of the Justice Department, except when the DFI suspends the Constitution in order to declare the Justice Department is part of the DFI and vice-versa. Biskupic told me he will reach out to Dorman and work out a solution and for me to go on running the real estate business I had spun off from Genesis, the aptly titled ACRDGROUP LLC: American Community ReDevelopment Group, and to buy out all of the houses Genesis owned, and then use the real estate earnings from my new company to pay his legal bills.

Two years later, Josh Gimbel emailed me to tell me that Biskupic left the firm and that he had finished negotiating an order with the DFI for me. When I read it, it made no sense: **it said that because I read Russell Freeman's CCAP entry stating that all of his restitution was paid and this information on CCAP was wrong and even though I did not know it was wrong and because I believed it to be true when I read this on the CCAP website it meant that all the bridge loans Genesis Fulfillment received (of which only 4 were from residents in Wisconsin and the rest ~about 15~ were out of state persons) were securities under Chapter 551 of the Wisconsin State Statutes and they were never registered for sale as securities in Wisconsin therefore I misrepresented sales of securities...and my punishment is to sign a "Cease & Desist Order" in which I am agreeing to follow the law going forward and agreeing to "cease & desist" from any future violations of the laws the DFI makes up.**

Gimbel summed it up as "What I did I did not know was wrong and I won't do it again."

I asked Gimbel what will happen if I refuse to sign this order because it makes no sense, and he told me the DFI said if I don't sign the order then they will charge me with securities fraud (even though they have no legal power to charge people with crimes since they are not legally a part of the Department of Justice) and the DFI will testify under oath that their interpretation of securities laws applied to me is the law and I will have to pay $100,000 in legal fees to defend myself only to likely lose because a jury is going to believe under oath testimony from the DFI stating their interpretation of securities laws are accurate and the jury won't believe me since I don't work for the DFI who gets to declare what securities laws mean in Wisconsin and this is the way the system works so it is best for me to sign the order since it only requires me to follow the law and not break the law going forward.

So I signed the order and went on to build a large business and renovated 200 inner-city Milwaukee homes in a mere 5 years, got married, and then bought an historic home in need of renovation at 2019 N Hi Mount Blvd, Milwaukee, WI 53208.

Prior to acquiring the Hi Mount home, I lived at 1908 N 49th St, Milwaukee WI 53208, one block away. Unbeknownst to me, my neighbors next door to me, union Attorney Jeffrey Sweetland and former union member & retired teacher Margaret Murphy, were secretly building a coalition of old white neighbors, city officials, and their sympathizers to find a way to damage my business because A) I had rented the home at 1928 N 49th St to one of my workers, a black man, who resided in the house with his white girlfriend and their 8 bi-racial children, and B) I had bought other dilapidated properties, renovated them, and rented them to qualified tenants to happened to be black. Seeing that I am from Kenosha originally and not Milwaukee, I was unaware that being a white

person who rents homes in Washington Heights where Mayor Tom Barrett lives was tantamount to treason against the white residents of this neighborhood.

Sweetland, Murphy, and Attorney Rick Rakita attempted to extort my wife and I by trying to block our right to install a driveway on our own land by declaring that the laws of gravity do not exist in the space between our houses where the driveway will go and rain water will force itself up the grade of land (the Sweetland/Murphy house sits at least 12" higher than my land at 1908) to meet the Sweetland/Murphy house foundation at which point the law of gravity will come back into existence and then cause the previously-floating-water-intentioned-towards-the-Sweetland/Murphy-home to attach to their foundation and run downward using the now-active law of gravity to wash away the Sweetland/Murphy foundation, threatening their house with collapse...if my wife —they specifically targeted my then-23 year old wife and not me— is allowed to install a driveway. Fortunately for my wife & I, the City of Milwaukee told Sweetland/Murphy/Rakita there is no legal grounds to prevent me from installing a driveway on my own land. I reached out to Alderman Michael Murthy's office to let them know of Sweetland & Murphy's extortion attempt and received no response. However, during the next election the Sweetland/Murphy house prominently posted a yard sign supporting Alderman Michael J Murphy's next aldermanic bid.

As for the house at 1928 N 49th St, the old white peoples on the block repeatedly called the police claiming "traffic" and "drug dealing"at the 1928 house...and made enough complaints that it caused the Milwaukee Police to do an undercover investigation of the house...in which they quickly concluded the traffic was from the biracial family being 10 persons in size, plus family and friends who visited. Obviously.

It was this racist vitriolic hatred that caused my wife & I to search for a new home, and we found the one at Hi Mount and begin renovation. Unbeknownst to us, Hi Mount Boulevard is full of union members, affiliates, and sympathizers, specifically, 2016 N Hi Mount Blvd: Carl & Betty Nilssen, 2024 N Hi Mount Blvd: Charles Dee Jr & Ann Landre, and 2032 N Hi Mount: Jack Boblick, 2013 N Hi Mount: Ryan & Sara Janacek, 2039 N Hi Mount: Matthew & Andrea Loss, and 1930 N Hi Mount Blvd: Darrel and Barbara L Jacobs...in addition to the man to sold the 2019 N Hi Mount Blvd house to my wife & I: Attorney Richard Saks, who —unbeknownst to me until after my acquisition of the house— is the business partner and best friend of Attorney Jeffrey Sweetland, and both men are attorneys representing the unions.

It was told to me by Ryan Janacek during the June 2016 Hi Mount black party —one month prior to my move-in— that Richard Saks frequently brought home black prostitutes, many believed to be underage, for exactly one hour at a time, and only brought them in via the garage and through the back door, never the front. Due to my autism, I thought that this was some funny odd story and did not realize it was a veiled threat from Janacek towards me in relation to my having black friends & business associates.

It turns out the plot by these neighbors had already begun with the Sweetland/Murphy house when I lived at 49th, and was the lead on Hi Mount by Carl & Betty Nilssen, who famously filled their front yard with Santa figures every Christmas season in order to host a party for city officials, including Alderman Michael J Murphy and then-Mayor Tom Barrett who are their personal friends.

The attacks on my wife & I began first with the Milwaukee Department of Neighborhood Service. When we called for an electrical inspection of the new high-efficiency boiler system installed in our Hi Mount home, we left the back door unlocked for the electrical inspector to come at his convenience when nobody was present. What this electrical inspector actually did was attempt to murder my wife and I by connecting a series of ground wires and neural wires together to allow electricity to backfeed through the grounding system of the house and through the copper pipes of the radiant heating system, thus releasing raw unfettered electricity into our house in the form of EMF radiation. Upon moving in, all we knew was we had really high electricity bills and never understood why...however, because EMF Radiation is poisonous and causes acquired brain injuries, upon moving into the house we began losing both cognitive and physical functions yet had no idea it was happening to us because it was the reality we knew.

My wife had a copper intrauterine device, and copper combusts/sparks when exposed to radiation. This gave her copper poisoning in addition to the radiation poisoning. As for how to describe the effects of copper poisoning plus radiation poisoning in a woman of childbearing age, please allow your logic to project how a woman may respond to the life around her if she were to have a sparking piece of copper inside her uterus, as was the case for my wife. Her 'episodes' began in Sept 2016 and then increased in frequency beginning in March 2020 after we had the electrical service in our house upgraded from 100 amps to 200 amps, thus doubling the radiation coming into our home and doubling its damaging effects on our bodies and minds.

In June 2020, my wife let it be known to me that she had developed a lump in her breast and believed she was dying...and it was "my fault", and she echoed this sentiment every time she had an 'episode'. In late July 2020, I went to

District 3 of Milwaukee Police Station to seek shelter from a Domestic Assault Advocate due to my wife's episodes which now were a daily occurrence. In August 2019, a licensed marriage and family therapist advised me to find a way to exit my marriage due to my wife's inability to maintain self control which resulted in her attempting to attack me multiple times in front of the therapist. After leaving the police in July 2020 and speaking with multiple business partners, I determined it was in the best interest of myself and my stakeholders to terminate my wife's employment with my company. However, in the weeks that followed I recalled meeting a female medical doctor in 2015 who shared with my wife and I that she recently had her copper IUD removed because it was causing her "many issues", which immediately went away upon removal; she also said she had had the copper IUD inserted over 5 years prior and "copper IUDs go toxic after 5 years". I shared this recalled memory with my wife and showed her the symptoms attributed to copper poisoning and she admitted to having every single symptom. I told her if she gets blood & hair tests to determine copper toxicity and gets the IUD removed, then she can continue working.

Neither my wife nor I knew about the radiation, and she moved out a few weeks later and vowed to get herself better. However, upon moving out she felt so much better that she came to believe I was the problem and not her IUD...because she was no longer living in a house with 10-200X the safe levels of radiation. While she improved, my condition continued to deteriorate. In August 2019 —three days prior to the marriage counseling session that resulted in the therapist telling me to exit my marriage— I had an 'unconscious suicide attempt' in which I lost my senses of better judgement and brought a gasoline pressure washer into a basement and did not ventilate it and nearly killed myself, saved by the resident next door who heard the CO alarms and called the fire department who got me and sent me to the hospital. The hospital put me on oxygen for 6 hours and told me to "think about my life". Persons

experiencing brain damage often have suicidal tendencies as the mind subconsciously looks for a way out, and this was the case for me.

Over course of living alone in a house full of radiation, my joints and muscles continued to lose function, I began getting into single car accidents. Finally, in spring 2021 I began having premonitions of my own death and sought counsel of a psychotherapist in addition to my traditional LMFT therapy.

On August 23rd, 2021, a friend & business partner of mine from Utah flew in to check on me because his internal moral system felt it was the right thing to do. Coincidentally, due to a friend of his losing 2 dogs to cancerous tumors due to EMF radiation coming from backfeeding through the grounding system of this man's house, my friend carries with him a top of the line Trifield EMF meter wherever he goes. He was in my house not even 30 minutes when he said "I feel awful: something is wrong in here." He pulled out his radiation meter and found my house had 10-200x the safe levels of radiation...with the hottest spot being where my wife's desk used to be prior to her moving out.

He went down to the circuit box and began shutting off circuits in order to see which circuits were responsible for emitting the radiation into the house. He found by shutting off 20% of power in the house it reduced the testable radiation to 3-6x the safe levels...and immediately my life changed. Immediately.

I went from being a very limited autistic man to being a very able autistic man overnight: it was radiation poisoning that was causing me psychological & physical ailments. And as my brain chemistry evolved, I realized my LMFT's

diagnosis of "Complex PTSD" made perfect sense, as I found myself having only visual & auditory recollection of my last 5 years of life in the house. In working with psychotherapist Aaron Rutell, I realized I needed at least 6 months to stabilize my mental state and emotions and adjust to it. Rutell diagnosed me with an "adjustment disorder" as well.

What hit me quickly was:

A) How did the City of Milwaukee electrical inspector not catch this?

And...

B) Did the City of Milwaukee electrical inspector do this?

What I do know about the Milwaukee Department of Neighborhood Services is that after I moved into the Hi Mount home, the Milwaukee Department of Neighborhood Services performed warrantless surveillance on my house at the request of my neighbors, attempted to force their way into my house on multiple occasions when I was not present and then demanded an in-person meeting with my wife & I which Supervisor Peter Laritson told me I cannot have my minority co-workers at my house and told me: "watch your back, you live on a connected block" and then sent an email to Supervisor Kristen Reed saying that I was "dishonest", and then Supervisor Erika Lewandowski-Roberts worked with the City Attorneys Office to make up violations on my house in order to justify their actions AND Lewandowski-Roberts was rewarded for her part in this by being promoted to Commissioner of the DNS, and from her position directed inspectors to not pass permits pulled by contractors on properties I owned in order to delay my work project and increase my cost of doing business as well as directed inspectors to force me to perform work beyond the scope of permit pulled in order to increase the costs on my business, made up violations on properties I owned and managed in order to

increase my cost of doing business, created a list of my properties in order to focus on finding ways to apply fines to my properties, paired with Alderman Michael Murphy to cancel out my special pickup dump requests and directed the Dept of Public Works to do my pick ups and fine me for the pickups, refuse to acknowledge and process my appeals of violations, allowed her supervisors to threaten me by saying "don't say we make up violations" when I reported to Supervisors Kristen Reed, Tom Wessel, Steve Chalstrom, and Kim Lyons that low-level inspectors Nastacia Smith and Michael Williams were making up violations on my properties, and the DNS used their quid pro quo with the local nonprofit Community Advocates [who helps administer the "rent withholding program"] in which tenants who lived in properties I managed were directed by DNS & CA agents and affiliates to damage their rental units and prevent my entry to repair their damage in order to be rewarded with "rent withholding rent discounts" and give their rent money to the City of Milwaukee and not to my company in order to further financially damage me and the previously listed DNS supervisors blocked me from exiting this program and were aided by Milwaukee Police Officers who threatened me with tickets if I tried to repair the work on my properties the tenants caused, and then the Legal Aid Society Lawyers inside of Community Advocates coached the Community Advocate employees to lie under oath in eviction court when I attempted to evict the persons who were damaging their units at the request of the City of Milwaukee and Community Advocates, and finally Jo-el Bosley's replacement, Monta Mabry, sent his child's mother to apply to live in one of one our homes and bring in roaches, not report their roaches, and then bring in Michael P Hupy to attempt to file a civil suit against me for the roaches they brought. And I have proof of every single part of this.

Therefore, upon realizing that the DNS Electrical Inspector was in my house alone for the boiler wiring inspection and remembering that the DNS electrical inspector did not even come out to inspect the service upgrade of 100 amps to

200 amps in early 2020 —which is the most major electrical upgrade that can be performed on a 100 year old house with a National Register of Historic Places designation...and the DNS did not even want to send a person out to do an in person visual inspection of the work performed...

This is when it clicked to me the radiation issue was very likely in both motive and ability to have been caused by the Milwaukee Department Of Neighborhood Services employees.

Empower Electric came out to my home at 2019 N Hi Mount Blvd and confirmed the radiation and directed me to call Milwaukee County Health Department and the State of Wisconsin Health Department.

When I called the Milwaukee County Health Department I was told they discontinued their radiation testing program and to call the State Dept of Health. When I called the Wisconsin Dept of Health I was told that their radiation testing program had been discontinued and to call my county Department Of Health. When I called back the Milwaukee County Dept of Health they told me to try private radiation testing services. When I contacted independent radiation testing services, I found companies who only do testing for commercial properties and not residential and was advised to find a forensic electrical engineer. When I found forensic electrical engineering services I was told they only work through homeowners insurance requests because their services cost around $50,000. My home at 2019 N Hi Mount Blvd I owned on a private land contract sale from former business partner Nicholas B Daar and per our private land contract he held the homeowners insurance and my then-wife and I held renters insurance policies. When I reached out to Nick Daar to request he file a homeowners insurance claim he refused, and in the months that followed I learned the reason Daar refused is because he was aiding and abetting Hi Mount neighbors, DFI, and City of Milwaukee plot against me.

Lastly, I found certain other contractors who do basic radiation testing, yet refused to accept my work due to libelous articles printed in the Milwaukee Journal Sentinel about me at the direction of the City of Milwaukee, DFI , and their co-conspirators. Nick Daar then in an effort to further aid the DFI and City of Milwaukee plots to remove me from my house then made the private land contact public by filing it as a lis pendens and then refused to accept a payoff from my refinance in order to force me out of my home, thus completing the neighbors' plot to get me off of their block because I associate with persons of color.

As I was in the process of moving and therefore had limited time remaining in the house to see how the radiation was caused, I called the Milwaukee Police Department to report the attempted manslaughter by the DNS towards me. The office who responded, BJ Young, when I told him I believed the DNS Electrical Inspector caused the radiation in my home for the reasons stated above responded that he will call the people at the DNS and ask if they intentionally tried to kill me. I responded, "If you do that they will just lie to you." He then concluded that I "could of" figured this out myself and kept repeating to me that I "could of" figured out who at the DNS did this to me and that since it was a public employee who committed the act of attempted homicide (Officer Young told me there is not attempted manslaughter in Wisconsin, only attempted homicide) against me, then that is a civil issue between me and the employee and I will have to file a civil suit for them attempting homicide against me [as public employees in Wisconsin do not recognize criminal activity by one another, per their union training].

This shocked me to learn the the Milwaukee Police Department expected me to investigate my own attempted homicide and my only avenue forward was a civil suit.

I told Officer Young I had written a criminal complaint with over 1000 pages of open records I compiled to show the criminal activity by my neighbors, the City of Milwaukee, the DFI and the rest of their accomplices and I had yet to find a criminal enforcement agency willing to file my complaint. Officer Young directed me to email him my complaint for him to see it. I did this around May 30th of this year ...and never heard from him, ever again about this. He never filed a police report for my call that day and never followed up nor responded in any way to the criminal complaint with 1000 pages of exhibits. Due to documents being removed from open records requests showing criminal activity by persons involved in this plot, it is likely that the documents I sent to Officer Young are also now being removed from public records to protect those involved who have acted criminally.

On June 6th, 2022, I finished moving out of the Hi Mount house which still had 3-6x the safe levels of radiation in it and into a house with no radiation, at which point my body seized up and I spent 8 weeks in physical recovery barely able to move.

Now that I am of sound mind & body and out of the Complex PTSD state I was in for all of the years I was in that house, I can clearly articulate what has happened to me and report the civil rights violations I've experienced and endured over the past 6+ years.

As I stated above earlier in this document, the plot against me was based on racism and started by my neighbors on 49th Street and then expanded to the neighbors on Hi Mount Blvd. By doing open records searches over the past few years I was able to piece together all that happened to me and all of the people and government agencies involved, and how this led me to arrive in the spot I

am in now to report this matter, which, on a federal level, encompass civil rights violation, as well as public corruption, hate crimes, and treason.

I first learned of the illicit actions being taken against me when my wife came to me crying with a letter from the Wisconsin Department of Financial Institutions around June 1st, 2016, declaring they were beginning an investigation into me for securities fraud.

I later learned that this DFI 'investigation' was opened at the request of the Milwaukee City Attorneys Office on behalf of the Hi Mount neighbors, Mayor Tom Barrett, and Alderman Michael Murphy who all communicated with each other about me [yet never ever approaching me personally] and declared that my open association with black human beings and allowing them into my homes on 49th and Hi Mount meant that I was "destroying the neighborhood". In emails I uncovered via open records, I found Charles Dee declared that the neighbors and City must bind together to find a way to change the laws in order to make some aspect of my business illegal in order to force me off the block and, per Charlie Dee's companion Ann Landre, "save our neighborhood." Matt Loss declared that I was a "house flipper" dedicated to destroying the value of every single property I touch —even though I have raised the values on 100% of every single property I've ever owned, including my Hi Mount house— even though I had never met this man in my life, and after the first time I did meet this man at the Hi Mount block party in June 2016, I found emails in public records from Loss stating [falsely] that I declared myself to be a "ghetto slumlord" —which is an abhorrent racist statement as I am proud of my work and honored by the conditions of my properties and will graciously live myself in any of my rental properties (and currently reside in one right now) and to call any property I manage a "slum" is a disrespectful racist statement to any family who lives in it: just because a family of human beings is of non-white

skin color does not mean their homes can be declared "slums" without civil repercussions.

Prior to me ever moving in and before the DFI began their investigation, the neighbors conspired to complain to the City of Milwaukee that I had left an orange dumpster in front of my house for months on end. However, the dumpster sat in front of Charlie Dee & Ann Lander's house and was contracted by Dee & Landre for a bathroom renovation. By all the neighbors calling the police and the DNS and mayor's office and alderman Murphy's office to blame the orange dumpster in front of Dee & Landre's house on me, apparently this was their first step to claim I was "destroying the neighborhood" in order to hide their racist motives. Next, the neighbors began attacking my wife, friends, and property. They secretly took photos of the persons who came to my house and created logs that listed by race the descriptions of the persons entering my home and their license plate numbers. When I had a dumpster in front of my house for 7-days as part of my renovations, Dee & Landre came out with a video camera, swearing at the black landscaping crew who were filling the dumpster. My wife, Emma Rezny, ran out to protect the landscapers only to have Betty Nilssen, accompanied by Andrea Loss, scream in her face: "What's with all the ghetto shit?! You should know better than to bring 'those people' on this block. I'm not racist: I'm a teacher at Hi Mount School, so I'm not racist, but what's with all this ghetto shit! You're ruing the whole block. Everyone hates you! Get the fuck off our block!"

There were multiple witnesses to this who will testify under oath to this traumatic event for my now ex-wife.

This was my wife's first interaction with our own neighbors. They never introduced themselves, and their attacks were meant as inducements to enable the neighbors to claim illegal activity against my wife and I.

I learned from open records that Carl & Betty Nillsen's complaints were miraculously removed from public records, which is a felony for doing so by whomever did this.

After receiving the DFI letter in the mail, I learned the DFI had used their unchecked power to suspend the Constitution, Federal Law, and their own state employee code of conduct to declare my entire business illegal. In 2012, the Steve Biskupic told the DFI that my business was buying and selling houses with bridge loans, and in concluding their order against me they were fine with my legal business remaining legal in their eyes since they had imprisoned Russell Freeman again as it was their main aim and intention.

Now, however, as of May 2016, the DFI reversed course and declared it was illegal for me to get loans to buy real estate, and now claimed that the 2013 order signed —that requires that I follow the law and not break the law going forward— mean that A) all civil contract real estate mortgage loans I have received in my entire career were now sales of unregistered securities, B) I am now retroactively "banned from selling securities" per their 2013 order, and C) anyone who buys real estate from me or gives me a loan is an accomplice to the criminal activity that the DFI has declared I am doing by way of suspending the Constitution & Federal Law by way of their "justified" acts of "good intentions" on behalf of the City of Milwaukee who declared I am "destroying my neighborhood" by allowing black human beings into my home to the dismay of my racist neighbors.

I was not told any of this by the DFI prior to them doing these acts. Nothing. They never said anything to me. I was told this information by my friend and business partner of 6 years Joan Rixe that Mark Dorman called her and told

her I had signed a cease and desist that makes my whole real estate business illegal and that criminal charge were imminent. Next, my friend and business partner of 7 years, Michael Hefter, prepped and filed suit against me because the DFI's Mark Dorman called him and told him my whole business was illegal and Hefter was aiding and abetting me so Hefter filed suit in order to protect himself from the DFI.

I contacted Attorney Josh Gimbel once again, now of Gimbel, Reilly, Guerin, And Brown LLP, and he set me up with his partner, Patrick J Knight. I demanded Knight put a stop to the DFI telling people I am acting illegally and that criminal charges are coming. Knight told me in response that the "DFI is police and police can legally lie to you because the Supreme Court rules they can." [However, the DFI is not police; they are full time state employees and not apart of the DOJ in any way —except when they suspend the Constitution, Federal Law, and their own code of conduct to declare that they are.] Next, Knight told me that I had to turn over all of my private civil contract loan documents to the DFI because the DFI demanded them and if I refused to comply then the DFI will raid my house. [Again, no idea why Patrick J Knight believed the DFI can legally invade my privacy by suspending the Constitution, Federal Law, and their own code of conduct.] Lastly, Patrick J Knight told me: "This is how the system works: the DFI has a budget they need to use in order to keep their jobs, so you let them go through your stuff, make up some allegations, and finally sign some meaningless order and move on with your life and everyone is happy."

When I said previously that this system of how the DFI works is an open secret to only those who know the DFI can suspend the Constitution, Federal Law, and the employee code of conduct at-will, Patrick J Knight's words are exactly where I learned this from, followed by the actions of the DNS, DFI, Milwaukee

County judges, and the lawyers who aided & abetting this miscarriage of Justice that followed. After learning via Rep. Evan Goyke in 2018 that the DFI is not police and not part of the DOJ I emailed Knight and Gimbel and told them the DFI was not police and was lying...Knight & Gimbel ignored my email and never responded.

As they said, this is the system, and I was now in it.

I reached out to my friend of 5 years & current business partner, Nancy Patel, to let her know that the DFI was trying to frame me for securities fraud. She was supportive as she was a big-sister & mom-like figure to me, as she and I both shared estrangement from abusive mentally-ill mothers. She was the driving force behind her & her husband's partnership to buy real estate with me: she wanted her husband to buy real estate with me with his money from the sale of his medical practice so that he can retire and race full-time in the Porsche GT3 Cup...what I did not know was that the Patel's and their money-managers were using their race car endeavor as a "business" in order to claim a $300,000 loss of income on their federal taxes. Once US Bank became aware of this, US Bank cancelled the Patel's financing on a parcel of real estate at 4522 W Hampton Ave, at which point the Patels were now legally liable for their breach of contract and refused to meet personally with me to discuss their breach of contract and stopped answering my phone calls. Two weeks later, Attorney Patrick J Knight told me he was contacted by attorneys Steven Kravit, Brian Fahl, Benjamin Glicksman and Michael Huitink of the law firm Kravit, Hovell, and Krawczyk LLP, who had drafted a lawsuit dated September 14th, 2016, and in it accused me of securities fraud claiming I was "banned from selling securities" and when the Patel's had given me a mortgage loan to buy the real estate they were to later purchase from me [via financing from US Bank, who then cancelled their financing for their tax return "discrepancies"] it

was the "sale of unregistered securities" and I had committed securities fraud. The Kravit team demanded an immediate settlement on my end to stop then from filing suit; I refused because the Patels owed me money for their breach of contract and since I am not banned in any way, shape or form from receiving mortgage loans nor selling securities it meant their entire lawsuit was libelous and any court in the United States of America shall easily recognize this because it is written in the English language and, per my uncle, Greg Dahlman, mutual fund manager for Dana Investment advisors, "loans aren't securities; any idiot knows that."

On September 22nd, 2016, the Patels and their Kravit lawyers signed an identical copy of their September 14th, 2016, suit and filed it on September 23rd, 2016. I began my defense and counter suit that month.

In order to obtain the money need to fight this lawsuit, maintain my business operations (due to the losses caused to me by the Patels breach of contract) and expose the DFI, I restructured my business debts and sought a refinance from my then-friend and mentor, Scott Lurie of F Street Investments. The loan was set to close end of October 31st, 2016. However, 3 days before closing, Steven Kravit, Benjamin Glicksman, and the DFI contacted Lurie and asked him to do anything he can to aid their pursuit of criminal charges against me and offered him a reward down the road. Lurie called me and lied to me claiming he was cutting the loan to me by $175,000 because of the "full-court press for criminal action and prosecution against" me. This cutting of the $175,000 my refinance loan doomed me, and I knew was going to cause me to default on my loans to Lurie.

In mid-November I brought Lurie a $10,000 payment on the loan and carried with me a voice recorder to see if he will divulge any information about why he cut my loan. When I asked him "who at the Kravit firm talked shit about me?" he told me it was Benjamin Glicksman and pulled up the Kravit website and showed me Benjamin Glicksman's picture. Lurie then told me he was friends with everyone at the Kravit firm, except Michael

Huitink, of whom Lurie said he had never heard the name. I have this conversation on voice recorder.

A few weeks later I went to the Kravit firm for a deposition of one of my workers. The Kravit attorneys announced themselves as Michael Huitink and Benjamin Glicksman, so I turned on my voice recorder. Huitink immediately canceled the deposition because my worker did not have a lawyer yet, and with my voice recorder on I approached Benjamin Glicksman and asked him how he knew Scott Lurie, and Glicksman responded the two were friends. In turn, I immediately drive to Lurie's office and with my voice recorder on asked Lurie to sign a statement confirming it was Benjamin Glicksman who told him I was "banned from selling securities" and facing criminal charges. Lurie responded that he "never heard of Benjamin Glicksman"...and has maintained he does not know Benjamin Glicksman ever since including a February 2021 deposition in which Lurie claimed under oath he did not know Benjamin Glicksman and once again reaffirmed his part in the criminal plot against me by saying, "I know Nicholas Rezny is banned from selling securities in Wisconsin," which I obviously am not and never was.

It turns out, the Milwaukee City Attorneys Office and the Wisconsin Department of Financial Institutions were aiding the Kravit legal team and the Indiana residents Jay & Nancy Patel as they knowingly created false affidavits under penalty of perjury and teamed to find other people who will repeat the

DFI's lie about "Nicholas Earl Rezny is banned from selling securities in Wisconsin and is committing securities fraud by receiving loans to buy real estate." The Milwaukee City Attorneys Office (specifically Grant Langley, Adam Stephens, Heather Hecimovich Hough, and Kail Decker) sent the libelous Kravit suit to US Bank and requested US Bank use to take action against me to help them frame me for a crime; in turn, US Bank called all of the loans on properties I sold and shut down all of my personal and business accounts. The Kravit/Patel team also used the Patel's 81% ownership to A) fire my property management company from managing the building 5716 W Hampton Ave, B) immediately boarded up the building, C) engaged Kail Decker at the Milwaukee City Attorneys Office to send out an email to city officials claiming I had "abandoned the building" after they had fired me from managing it, D) allowed the fire insurance on the building to lapse, E) forbade me by threat of lawsuit if I attempt to put any sort of fire insurance on the building myself, F) when the building burned down a few weeks after allowing the fire insurance to lapse and forbidding me to put any sort of insurance on it, Glicksman falsely told the police I was legally blocking the police & fire department access from entering the building even though Glicksman, the Patels and their Kravit team had forbid me from being involved in the building in any way, and F) rewarded Scott Lurie for his part in their criminal activities by allowing Lurie to profit $70,000 by coordinating the sale of the burned down building to a local investor —of whom the DFI chose to not suspend the constitutional rights in order to allow Lurie and the Kravit team to succeed in their aims.

Judge Marshall B Murray presided over the case, and he happened to be the lowest-rated judge by the Milwaukee Bar Association at the time. Murray's actions in the case can be summed up "unconscionably unconstitutional", and his actions were those either of ineptitude, ignorance, or corruption. In short, he admitted on the stand he was aware there were political ramifications around this case, and at summary judgement —where if there is a dispute, a

judgment cannot be awarded— Murray threw out my claims and awarded judgment to the Kravit/Patel team by saying in essence "I did not read any of the evidence submitted (nor the Constitution or Federal law) and "I believe" what Kravit/Patels wrote and "I don't believe" Rezny." As a result, Judge Marshall B Murray recognized by his own sense of "belief" the DFI's ability to suspend the Constitution and Federal Law and they

their own employee code of conduct and ruled I had committed securities fraud when I received a mortgage loan from the Patels and my punishment for this was to pay the entire cost of the remaining mortgage on the 5716 W Hampton Ave building that the Patel/Kravit team fired me from managing, boarded up, allowed the fire insurance to lapse, and prohibited me from putting fire insurance on. Additionally, Murray ignored the blatantly false affidavits prepared by the Kravit team and signed by the Patels, ignored the timelines of the Patels, and then took the Wisconsin laws out of context…in order to say the Constitution does not apply to me.

If Marshall B Murray was not a part of the DFI & City of Milwaukee plot against me then he may truly be the dumbest human being in the history of judicial workers in American history.

What confirms Murray was a part of the criminal plot was what happened after he issued his ruling: I received a call from a whistleblower (public employee) letting me know that Alderman Michael Murphy, Deputy City Attorneys Heather Hecimovich Hough, my Hi Mount neighbors, and representatives of Community Advocates were holding a secret meeting in the auditorium Hi Mount School about me that night as they had advanced notice from Murray about his ruling that day and now they were organizing to prepare their next steps against me to have me removed from Hi Mount to stop me from having black people at my house and "save the neighborhood."

My wife, my best friend, and I all showed up to the meeting. Upon entering, Alderman Murphy looked aghast at the sight of me and immediately pronounced the meeting cancelled and said he will only be accepting questions about snow removal.

I recorded this meeting with my audio recorder and my best friend recorded it with a video recorder. I approached Alderman Murphy and asked him if he had anything to say to me; he responded, "Nothing at all." My friend with his video recorder on approached the Community Advocates representatives and asked what the meeting was about and they said they were told by Alderman Murphy and Deputy City Attorney Heather Hecimovich Hough it was about a "bad landlord." And during the meeting, when Alderman Michael Murphy announced it was canceled and he will only take questions about snow removal, my neighbor Jack Boblick —who I have never met and has never approached me in my life— raised his hand and said, "I thought we were here to talk about the illegal business on Hi Mount!"

I followed my neighbors Carl & Betty Nilssen walking home as they & Boblick kept saying out loud, "I have no idea what that meeting was about. Do you?"

My attorney prepped an appeal soon after, and before it can be filed the Kravit/Patel team reached out and offered a settlement to prevent us from exposing their perjury.

<u>Nick Daar, Scott Lurie, Attorney Chris Head show their involvement with my neighbors, the City of Milwaukee, and the DFI.</u>

While Judge Marshall Murray issued nearly $900k securities fraud judgment against me, the Kravit/Patel team requested only a $200,000 settlement and no non-disclosure agreement, and I had to pay this by April 1st, 2018. I quickly lined up a loan against real estate equity via hard-money lenders, Anthony & Teresa Machi. However, this loan offer was quickly canceled on account of my own tax attorney Chris Head and estranged (and mentally ill) business partner Nicholas B Daar.

I had known Nicholas B Daar briefly from college at UW-Madison, where Daar had pledged the same fraternity as I two years after me. Daar connected to my via LinkedIn in January 2015 because he had moved to Milwaukee. We struck up a friendship and next a successful business partnership. Daar let it be known to my wife & I early on that he suffered from psychological ailments and had been to rehab for substance abuse issues while in college; he felt a tremendous amount of fear on a daily basis...which only worsened upon spending time in our radiation-filled home at 2019 N Hi Mount Blvd. Daar was supportive and loyal at first when the neighbors, DFI, and City began their attacks on me. And when lawsuits prevented me from obtaining long-term financing for my Hi Mount home, Daar stepped up and bought the home and pledged to sell it back to me on a land contract. After the Milwaukee Journal Sentinel libelously reported that I was "banned from selling securities" in Wisconsin and listed Nicholas B Daar's name in the same article as the owner of the house I lived in, Daar excommunicated me from his life; he also had yet to even sign the land contract for selling my Hi Mount house back to me.

As I prepared my documents to receive a hard money loan from Anthony & Teresa Machi, I learned from them that my own tax attorney, Chris Head —who also represents the Machi's— directed the Machi's to not give me the loan and rather offer to buy my properties for half their value...and then contacted my

wife to tell her he was no longer representing us and was now representing Nicholas B Daar against us and demanded we pay $250,000 to Daar for reasons unclear. Next, Daar began showing up unannounced to the properties we co-owned, slandering me to the tenants in telling them I am a fraud and showing them the Journal Sentinel article as his proof, and then, aided by Attorney Chris Head, declared himself 100% owner of the LLCs we co-owned [in which Daar was only 20% owner of one and 81% owner of the other as reported by Daar himself to the IRS and confirmed by the IRS in multiple years of tax returns].

I filed suit against Daar, prevented Head from representing him against me, and my wife and I began calling Milwaukee Police financial crimes in Summer 2018. We never received a call back until Spring 2019 at which point a meeting was set up with Detective O'Day.

We filed a police report with Detective O'Day of the Milwaukee Police Department for Daar & Head's extortion and theft of rent monies. In our meeting with Detective O'Day, we told him what our neighbors and the City of Milwaukee and DFI had orchestrated against us in that the DFI said that the law is "all notes including civil contract promissory notes are securities in Wisconsin," to which Detective O'Day immediately replied, "No, it's not: that would make all loans illegal." O'Day asked if we had contacted the FBI, to which I responded, "Multiple times: my path has been this: I called Milwaukee Police to report felony "Offical Misconduct" at the DFI and I was told that since the DFI is a state agency the MPD has no jurisdiction and I will have to report the issue to the employee's supervisor at DFI itself, to which i responded that the supervisor and administrator are part of the fraud at the DFI, and he told me in that case to call the FBI. So I called the FBI, and the FBI told me they don't have jurisdiction over state agencies only federal agencies, and to try my state department of Justice. So I called the Milwaukee branch of the Wisconsin

Department of Justice and told them employees at the DFI were acting criminally and I needed to report them. The person I spoke with then told me to wait on hold while she looks up who regulates the DFI...and when she came back to the phone she told me, "The DFI regulates the DFI, so you will have to report any criminal activity there directly to them." So I did: I used the DFI's "Ask The Secretary" link on the DFI website to ask how I report criminal activity at the DFI. I was responded to by Leah I Erickson, the Executive Staff Assistant for the Office of Credit Unions, who told me to write my 'complaint/concern' in an email to her and she will get it to the 'proper person'. I responded in my next email, "To whom is the proper person to report criminal activity" at the DFI? And I next received an email from DFI Chief Legal Counsel Heather MacKinnon who told me to go to my local police or a private attorney for how to pursue a criminal complaint against a DFI employee because they don't have any system set up to accept criminal complaints about their own people. So I got the total runaround. Lastly, I contacted the Wisconsin Department of Administration —who is essentially the Human Resources department for state employees— to ask how to report criminal activity within the DFI. My call was returned by Paige Heckel and Tom Sandine who told me they did not know how to report state employees for criminal activity and they will "ask legal" to call me. I was then contacted by Deputy Chief Legal Counsel Bill Ramsey to told me angrily and directly, "WE WILL NOT HELP YOU IN ANY WAY. YOU NEED TO FIND A LAWYER." I responded, "You're a lawyer," to which he responded, "I am not your lawyer so you need to find your own," and then hung up on me.

O'Day was shocked at the continuous runaround I received and told my wife & I he knew some people at the FBI and will reach out to them personally and get back to us. Furthermore, he added that he himself knew of no way to report state employees for criminal conduct and will try to find someone to accept our criminal complaint.

About six months later Detective O'Day contacted my wife to let us know he had not found anyone to accept a criminal complaint on a state employee, and added, "Just because the FBI has not contacted you doesn't mean they are not necessary working on this, because they don't comment on ongoing investigations." This was mid-to-late 2019 when we last heard from O'Day, and we never heard from him again nor ever heard from the FBI. In February 2021, on a spiritually-inspired whim I contacted the Miiwaukee branch of the Capitol Police to ask to report the criminal activity at the DFI. I spoke with a Corporal Angst and told him I had previously called the Madison branch and was told I will be contacted by a Detective Johnson to accept file police report, and I never ever was contacted by him. Corporal Angst confirmed record of my previous call to the Capitol Police, and told me that the Capitol Police does not accept criminal complaints about state employees, although he knew a detective who may and called this man on a 3-way call; I believe his name was Matthew Ruskin and I told Detective Ruskin about the ongoing criminal acts at the DFI. They told me they will get me help, and then I never heard from them again after an email from Detective Ruskin in which his official title was listed in the signature line: "Detective - Wisconsin Department of Administration."


So while the DOA's Tom Sandine and Paige Heckel told me they knew of no way to report state employees for crimes and Bill Ramsey told me "WE WILL NOT HELP YOU IN ANY WAY," it turns out there is literally a police detective who works AT THE DEPARTMENT OF ADMINISTRATION who investigates state employees for crimes...and then I never heard from him again. From what I have learned since, apparently the DOA only investigates state employees for crimes against other state employees, and —as told to me on numerous occasions— when a public employee commits a crime against a private resident of Wisconsin it is first a civil matter between the Wisconsin resident and the

public employee, and only if the Wisconsin resident can prove in a civil court that the public employee broke "workplace rules" then a criminal investigation may commence, if at all.

In early 2019, as Nick Daar & Attorney Chris Head were working together to steal rents and extort my wife & I, we began having our properties vandalized. At our former home, 1908 N 49th St, a vehicle we had parked in our driveway had its tires slashed and the window of the back patio door was shattered; I called police dispatch and reported the vandalism. Next, at our office at 4812 W Lloyd St, the front windows were smashed out. When the police arrived, my wife and I told them that we believed it to be Nick Daar and our neighbors [who were working with the City of Milwaukee and DFI to frame us for crimes] who did the damage to our office and at our 1908 property. The officers said that because we believe city employees are involved it means that it is a civi issue and we will have to file a civil suit. Then, the walked out of our office, shut off their video and voice recorders and came back inside our office and wished us luck and encouraged us to "keep going" to find justice.

In March 22nd, 2019, at approximately 1am, my wife and I awoke to pounding on our front door and front windows. It was 2 African-American police officers who identified themselves as being there on behalf of an African-American tenant who claimed I was stealing his rent money. Once I let the officers know this tenant was working with Nick Daar to make false accusations about me to aid & abet my neighbors who were attempting to frame me for a crime because I allow black human beings into my home, the officers quickly changed their tune and tried to leave. I asked them to file a criminal complaint on my behalf and they refused by saying my complaint was a "civil matter" and ran to their squad vehicle. This was obvious situation of racial hatred by two black officers against my wife & I because we are white, and once they realized they were being played by the white Nick Daar and white city officials they tried to wash

their hands of the matter and ran to their vehicle like cowards and never came back.


Due to Nick Daar and Chris Head intentionally sabotaging my loan commitment from Anthony & Teresa Machi, my only available option to get the money to pay the settlement to Patel/Kravit was to go to Scott Lurie, who had aided & abetted the Patel/Kravit plot. The actions by Daar & Head to drive me to Lurie was apparently a coordinated effort amongst the men as Daar & Lurie shared an advanced personal relationship unbeknownst to me. Daar reached out to settle my lawsuit against him in summer 2019 and paid for my equity value in the LLCs he claimed were "100% owned by him", and then agreed to enter into a private land contract to be held in escrow, with one copy being held by Accurate Title and the other copy being held by Attorney Heller. The point of the land contract being held privately with a 10-year term was to protect me from the DFI attempting to declare it a security to further their plot against me, and the 10 year term was ample time to expose the DFI's criminal actions and get me to a point of personal and financial safety to where I can save & keep my house.


As for Scott Lurie and the Patel/Kravit judgement to be paid by April 1st, 2018, Lurie "bought the judgement" from Kravit/Patels for $140,000 and committed via email to not be charging me more than the $140,000 he paid for the judgement. Lurie included the $140,000 in a loan to my entity, MCRD Group LLC, and it was paid off when I sold the MCRD Group properties in 2019. However, even though Lurie was paid off in full for the MCRD Group loan that paid for the $140,000 judgement, Lurie directed his attorneys Dan Haybeck and Matthew Fernholz to not satisfy the judgement and instead prepare to sue me for the entire amount of the judgement even though I had paid it off. Furthermore, when Lurie aided the Kravit/Patel/DFI/City of Milwaukee plot by

cutting my loan 2 days before closing in Oct 2016, this action on Lurie's part caused me to default on my loans to Lurie, and knowing he caused this damage to me Lurie then instituted 10% per month late fees on loan balance going forward in order to run up the unpaid balances which he now was suing me for via Attorneys Haybeck and Fernholz.

In February 2021, I deposed Scott Lurie (as stated earlier in this complaint) and Lurie blatantly perjured himself in order to protect his friends Benjamin Glicksman and Steven Kravit, with whom it is believed Lurie shares secret homosexual relationships along with Nick Daar. Soon after is when I began having premonitions of my own death (on account of the radiation poisoning) and felt my death was imminent as I found myself routinely missing stop signs and getting into single-car accidents and it seemed to me that it was a mere matter of time before I experienced another unconscious suicide attempt and my life ended. In July 2021 as part of Lurie/Haybeck/Fernholz's lawsuit against me, they deposed me. I preparation for the lawsuit, I wrote a 44 page - in essence- "suicide letter" and I declared at the end of the deposition "I swear under oath everything I have written in this letter to be true under penalty of perjury." I handed a copy of this to Attorney Fernholz, my then-attorney Michael G Heller, and after leaving the building with my attorney and getting into my car I snuck back into the building a placed a copy on the court commissioner's desk with a post-it note attached telling him to send it to anyone who may find it fascinating.

A month later, August 2021, I learned about the radiation in my home and my life changed forever. And 3 months after this in November 2021 Attorney Michael Heller told me Lurie/Haybeck/Fernholz had scheduled another deposition of me, to which I responded I was mentally unwell as I recovered from the radiation poisoning and therefore refused to attend.

The very next month, December 2021, Nick Daar did not cash my land contract payment and without contacting me or my wife or Attorney Heller and Accurate Title -who held the private land contract in escrow- filed foreclosure on the house along with a lis pendens showing the private land contract claiming he "never received" the payment. However, the truth of the matter is that Lurie and Daar have a deeply personal (likely homosexual) relationship, and after I divulged in my suicide letter that I had audio recordings of Scott Lurie that prove he perjured himself in his February 2021 deposition, Lurie, Haybeck, and Fernholz looked for a way to save Lurie from sanctions and criminal charges. Enter: Nick Daar to stand up behind Lurie.

When Attorney Fernholz deposed me the year prior, he asked if I was "party to any land contracts". I stated the 2 land contracts that were open to public knowledge, and next stated "I don't know if I am party to any other land contracts," because I needed Attorney Heller to let me know if a private non-delivered land contract held in escrow meant I was "party" to it or not. After the deposition both Attorney Heller and the Accurate Title escrow agent told me the land contract on my house was "private" because it was held in escrow and therefore not yet delivered.

As for Nick Daar and Scott Lurie, as Lurie & Haybeck & Fernholz looked for a way to Lurie to escape his perjury, Daar offered up the private land contract to help them get me to perjure myself, hence they scheduled their 3rd deposition of me for November 2021 [that I refused to attend because of the mental and physical effects of my recovery from radiation poisoning]. In this scheduled November 2021 deposition, Fernholz & Lurie hoped to present the private land contract to try to get me on perjury. When I did not attend the deposition, they turned to a "plan B" where Daar did not cash the December 2021 Hi Mount house payment and without telling me, Attorney Heller, or Accurate Title his

claim of not having received the December payment, went and filed foreclosure with his electronic/non-original copy of the land contract via a lis pendens...and a few weeks later Attorney Fernholz, on behalf of Scott Lurie and Attorney Dan Haybeck, filed for sanctions and even went so far as to sarcastically use the word "skullduggery" to act surprised of his 'new knowledge' of the private land contract. The fact of the matter is clear: they attempted to depose me in Nov 2021 to ask me about the land contract and then claimed in their January 2022 sanctions claim that they first learned about the land contract in December 2021. Unless Lurie, Fernholz, and Haybeck have the ability to time travel, it means of course they knew of the private land contract in November 2021 thanks to Lurie's deeply personal (and believed to be sexual) relationship with Nick Daar. I testified to all of this under oath on October 3rd, 2022, and am awaiting a copy of the court transcript.

## DFI & City of Milwaukee Offer Bribes, and the City of Milwaukee has a Quid Pro Quo with the Milwaukee Journal Sentinel to go after political targets.

To further their plot against me, the DFI's Mark Dorman reached out to Chicago resident Jonathan Bliss in late 2016 and demanded he meet with them to discuss me. Bliss was a former business partner who owed me $150,000 for a loan I gave him & his partner for a deal and then they changed the deal behind my back and left me holding the bag, causing me massive financial damages, bringing total owed to me by Bliss of over $300,000. Bliss was originally a friend of mine from college and I helped him learn real estate, and his partner screwed me in 2014 and Bliss did not fully understand the extent of his partner's actions; in 2015 I demanded repayment of loan plus damages caused, and when Bliss and his partner refused I prepared to sue him. The DFI's Mark Dorman tracked him down because Bliss had loaned me $12,000 prior to my loan to Bliss of $150,000, and due to Bliss having

previously been a Wisconsin resident, the DFI used its power to suspend the Constitution & Federal Law declare the $12,000 loan Bliss gave me as an "unlawful sale of a unregistered security" on my part...while completely neglecting and omitting the fact that I had loaned Bliss $150,000 and was immediately screwed upon. So per the DFI, because I had stopped paying the interest-only payments on the $12,000 loan Bliss had given me while prepping to sue him for my unpaid $150,000 loan to him and accompanying $150,000 of damages, the DFI declared I had committed securities fraud to person in Wisconsin and they needed Bliss to join them in order to make their case.

Bliss originally refused to meet with the DFI because Bliss was my friend & partner when I first dealt with the DFI from 2010-2013 and was aware of their apparent corruptions. After Bliss refused to meet Dorman for an interview, the DFI suspended its own employee code of conduct in order for Dorman to be able to threaten Bliss to force an in-person interview, which Dorman did by telling Bliss if he refused the DFI's request to meet then the DFI and Department of Justice will issue subpoenas to him which he will then have to dodge if doesn't want to have to meet and once the DOJ & DFI succeed in serving Bliss the subpoena Bliss will have to pay a lawyer to represent him in Madison, WI where the deposition will be, so Bliss can either acquiesce to allow the DFI to drive to Chicago to meet him to discuss me or Bliss will have to prepare to get legal representation to handle an eventual under oath deposition in Madison, WI. As a result of this threat, Bliss agreed to allow the DFI to meet with him for a strictly off-the-record conversation about me at a tavern in the Wrigleyville district in Chicago, IL.

On Friday, January 13th, 2017, at a busy tavern in Chicago, Bliss was met by the DFI's Mark Dorman and Attorney Lindsay Fedler and, to the surprise of Bliss, Milwaukee Deputy City Attorney Heather Hecimovich Hough, of whom

Bliss had no idea was going to be attending the meeting as this was never told to Bliss by Dorman about the meeting. Bliss began the meeting by affirming it was agreed to be a strictly off-the-record conversation as Bliss had no documentation with him and was in no way prepared for specific questioning. Dorman, Fedler, and Hough all agreed it was an off the record conversation. City of Milwaukee Deputy City Attorney Heather Hecimovich Hough told Bliss the purpose for her unannounced attendance at the meeting was to offer Bliss "property tax relief" on behalf of the City of Milwaukee for "helping the DFI's investigation of Nicholas Earl Rezny". Dorman confirmed Heather Hecimovich Hough's intent, stating the DFI opened its investigation into me because my neighbors —Nillsen, Landre, Dee, Loss, Janacek, Jacobs, and Boblick— reported to the City of Milwaukee that I was "destroying their neighborhood."

These statements immediately did not sit right with Bliss's conscience:

—"How can one's neighbors cause a person to be investigated for securities fraud?"

—"I have never heard of 'property tax relief' being given to a person for helping with a criminal investigation..."

—"What is going on here?"

Next, Dorman showed Bliss the 2013 order against the DFI had issues against me...and Bliss read it and responded, "What's the big deal about this? This says in essence 'follow the law' and 'don't break the law'...this is like as if a person is caught for drunk driving and they signed something saying "I agree to not drunk drive again"." Dorman told Bliss the DFI had determined that because of this order, his $12,000 "investment" to me was illegal for me to have gotten and with Bliss's "help" —that the City of Milwaukee was offering property tax relief to him for— the DFI can "pin a crime on Rezny". Bliss

corrected them, stating the $12,000 he gave me was a loan and not an investment into anything. Dorman, Fedler, and Hough then "corrected" Bliss, telling him that because he intention of giving the loan was to earn interest on it then it was an "investment" under Wisconsin Securities Law.

This again did not sit right with Bliss:

"Since when are loans 'securities investments'?"

Bliss told him, "I'll tell you everything I know about the guy and I guess we will go from there."

As Bliss laid out his history with me, Dorman, Fedler, and Hough listened: they did not take notes as it was an off-the-record conversation.

When Bliss finished telling his story, City of Milwaukee Deputy City Attorney Heather Hecimovich Hough again reiterated to Bliss to City of Milwaukee's intent to give him "property tax relief" for helping the DFI "pin a crime" on me to "save Milwaukee," and followed with "and you'll be happy to know the Milwaukee Journal Sentinel is going to be doing a very bad article on Rezny" because the City of Milwaukee and the Milwaukee Journal Sentinels have a quid pro quo where in exchange for the City of Milwaukee freely giving the MJS information without having to do Freedom of Information Act and open records requests, the MJS writes articles at the direction of the City Of Milwaukee.

After this meeting with Fedler, Hough, and Dorman, nothing about the meeting felt 'right' to Bliss, especially how Dorman said it was my own neighbors who caused the DFI to open their investigation into me, how Fedler/Hough/Dorman kept correcting him ever time he said the word "loan" to say "investment" instead, and that he can get "property tax relief" from the City of Milwaukee on

rental properties he owns by helping the State of Wisconsin Department of Financial Institutions to "pin a crime" on me...none of this makes logical or rational sense. Therefore, Bliss called his attorney and said he wanted to settle with me right away.

Sadly for Bliss, the attorney he had was at a weird point in his personal life and was not fulfilling his duties as an attorney to neither Bliss nor his other clients. This attorney eventually lost his license and once this happened, the partners at the law firm contacted Bliss to continue representing him, at which point Bliss asked if his previous attorney if ever contacted me to settle his damages against me...they told Bliss, "No," and Bliss asked them to do so right away: this was now 2018, well over a year after Bliss was offered the bribe of property tax relief by City of Milwaukee Deputy City Attorney Heather Hecimovich Hough to "help the DFI pin a crime" on me and was told the Milwaukee Journal Sentinel will be doing a "very bad" article on me at the request of the City of Milwaukee. Due to the personal matters of Bliss's attorney preventing him from fulfilling his legal obligations to Bliss, none of this extremely disconcerting information made it to me from Bliss when it needed to and mattered most.

Again, this off-the-record conversation between Bliss, Hough, Dorman, and Fedler happened at a bar in Chicago near Wrigley Field on January 13th, 2017.

In April 9th, 2017, the Milwaukee Journal Sentinel, in an article authored by Cary Spivak, reported that then-Attorney General Brad Schimel "in a sudden turnaround" dropped felony securities fraud charges against David and Brian Eliason...charges that began to manifest when investors in the Eliason's legitimate, lawyer-structured, Securities & Exchange Commission-approved

real estate investment fund lost a collective $3M when the 2008 recession caused a nationwide real estate crash and in turn negatively affected the Eliason's fund. To pacify the cries of the investors in the Eliason fund —who had political ties to local police forces and state legislators— the DFI opened an investigation into the Eliason's at —apparently— the request of a state legislator (this information was divulged by then-DFI Attorney Andrew Parish during his deposition of the Eliason brothers). The DFI suspended the Constitution, Federal law, and their own employee code of conduct in order to perform their "investigation" and pin a crime on the Eliason brothers. They attempted to do this by suspending the Constitution, Federal law, and their own employee code of conduct and RE-write state law on the spot, and then gave the DFI's new version of the law to Attorney General Brad Schimel to charge the brothers with 10 felonies, thus destroying the brothers lives and reputations, resulting in both bankruptcy and divorce filings for the men.

The was securities laws works is this (and please call the SEC to confirm for yourself):

Upon a proposed security being applied for with the Uniform Application to Register Securities, and then qualified & issued in accordance with submitted offering memorandum and prospectus, etc (as required by the Uniform Application to Register Securities) the issuer (i.e.: the Eliasons) then will contact "broker-dealers" to ask them to broker the sale of their security to the broker-dealer's network of licensed securities agents. The licensed securities agents [aka: investment advisors, etc] then will contact their client list and pitch them on buying said security that was created by the issuer and accepted by the broker-dealer. The licensed

securities agents then are allowed to do a 'sales pitch' of the securities product strictly based on what is in the offering prospectus and the approved materials in the creation

of the issued security. The licensed securities representatives are not allowed to lie nor "misrepresent" the securities product to their client, and doing so is called "misrepresentation in connection with the

offer and sale of a security". For example, if a license securities agent was to say things about the security which the approved materials of the security blatantly did not say, then it means the licensed securities

agent/investment advisor had committed a "misrepresentation in connection in the offer and sale of securities." "Misrepresentation in the sale of a security" can be either a civil or criminal offense, and is defined as "anything that will have made the investor decide otherwise." If this be the case, then the "sale" of the security gets "reversed" and the buyer gets their money returned, and if the money is not available to be returned then the buyer gets a civil judgement in a civil matter or restitution in a criminal matter.

And this is a nutshell explanation of how securities laws work both in Wisconsin and in every state in the United States of America, beginning with the Uniform Application to Register Securities, to qualification of said

security, to the brokering and sales of said security, and finishing with how "misrepresentation in connection with the offer and sale of the security" works.

The Eliason Brothers were the issuers of their real estate investment fund security, and not the licensed investment advisors transacting sales of shares...however, by the DFI using it's believed a ability to Constitution, Federal law, and their own employee code of conduct and RE-write state law on the spot that they will testify to under oath and know from experience the Wisconsin Court of Appeals will uphold, they made a version of Wisconsin

securities law to allow Brad Schimel's Attorney General's Office to charge the brothers with 10 felony counts of "misrepresentation".

Again, "misrepresentation" does not apply to the issuer of a security as the vetting process of issuing a security creates a legal foundational clarity that is backed by the malpractice insurance of both the lawyers and accounting firms who aid an issuer in in the qualification of the security...and it has been this way since the Securities Act of 1933 was passed in 1933. Therefore, the Eliason lawyers sent multiple legal reading to then Wisconsin AG Brad Schimel stating this, yet Schimel never divulged that the DFI suspended the Constitution, Federal law, and their own employee code of conduct in 1998, and used his secret knowledge of this DFI—Attorney General—Court of Appeals system to simply ignore the Constitutionality-based and Federally-protected securities laws and destroy these men's lives by using his public position for the benefit of career aims. When the Eliason's then turned to the media to profess their innocence, Schimel again acted based on the believed-ability of the DFI to suspend the Constitution and filed a gag order with the courts to prevent the Eliasons from using their Constitutionally-protected 1st Amendment right to freedom of speech; however, fortunately, the judge agreed the Eliasons still held their 1st Amendment rights to Freedom of Speech in spite of the DFI—Attorney General—Court of Appeals system that had never failed in court up until this day. On April 8th, Schimel admitted the State "will be unable to prove the charges against the defendants beyond a reasonable doubt" due to the Constitution being enforced and not wanting to admit the charges were brought as a result of the DFI suspending the Constitution, Federal law, and their own employee code.

Both coincidentally and not coincidentally, the attorney for the Eliason brothers who got their Constitutional-rights enforced in court was none other

than thick-mustached Stephen F. Kravit of Kravit, Hovel, and Krawczyk LLP...who's firm was at the exact same time representing Jay & Nancy Patel and working with the DFI and City of Milwaukee to frame me for securities fraud. After Schimel dropped the charges against the Eliasons, Stephen F. Kravit went on the record and stated, "The state used its awesome power to ruin the lives of these men and their families. The charges should never have been brought. The investigation was incompetent." So while Kravit was fully-aware of the DFI—Attorney General—Court of Appeals treasonous abilities to destroy the lives of men whom he was paid by to legally-represent them, he at the exact same time was aiding his partners Benjamin Glicksman, Brian Fahl, and Michael Huitink to assist the DFI in using its power to destroy my life with an incompetent investigation not rooted in law because he was being paid to do so by Jay & Nancy Patel and abetted by the City of Milwaukee.


Seeing that the article I read was written by Cary Spivak of the Milwaukee Journal Sentinel and Spivak was an "investigative reporter" I believed he was the person I needed to speak to in order to expose the DFI's treasonous acts. Before I was able to reach out Spivak, he contacted me! I wrote him a long email laying out how the DFI violated my constitutional rights and has done so to others. Next, Spivak scheduled an in-person on-camera interview with me at my home for April 27th, 2017. For my own records and personal protection, I recorded this interview with my own audio recorder.


In our lead up to the interview I was led to believe it was going to be about the continued treason at the DFI and DOJ, however in the interview I was continuously unsettled as Spivak's questions were oddly geared towards trying to make me believe I had done something wrong: it was both manipulative and condescending. Only bits & pieces were about the DFI, and afterwards Spivak claimed he hadn't read my long email to him and deleted it without reading—

even though he and I had spoken on the phone about what I had written in it—and stated he did not yet know what the angle of the story was going to be when I was under the impression the entire time it was going to be about the DFI's treason in lieu of AG Brad Schimel dropping the DFI-created charges against the Eliason.

The most poignant part of the interview was when Spivak handed me a series of " memorandums"...the first being written by Milwaukee Deputy City Attorney Heather Hecimovich Hough on January 18th, 2017, titled "The Chronic Offender Abatement Investigation File of Nicholas Earl Rezny".

First of all, I had no idea I was accused of being a "Chronic Offender" of anything, let alone enough to deserve secret memorandums being written about me. Second, it said "RE: Meeting with former business associate of Nick Rezny"...and did not even name the person with whom this interview was with, only calling him "investor" through this document. As I read this document, none of it made sense: none of this had even a logical basis as to how real estate and civil contracts work in the United States of America...it was so blatantly false —both in terminology and facts— that my initial assessment was "This has to be Jonathan Bliss" and "this guy needs psychiatric help because even Bliss knows more about what has happened between us and how life on earth works than what is written in this memorandum," and when Spivak asked what I thought of it, my response, point blank, was "He [Bliss] is going to go to jail," because it is that false to where this guy is making things out of thin air up about me with intent to frame me for a crime.

Next, Spivak showed me memorandums written by the DFI's Mark Dorman back in 2010 & 2011 about me and Russell Freeman and Genesis Fulfillment...and I had never seen or even been made aware that a memorandum was written about me AND that I was quoted in it AND I was

quoted as saying things that I never said and things that were blatantly, patently false. I had written a letter to the DFI saying Genesis is a business that's buys & sells real estate with bridge loans (and this letter was in the DFI file) and accompanying the letter was memorandum about a phone call Dorman made to me about the letter...and the memorandum claims I said that Genesis "sold notes to investors" —which completely contradicts everything I have ever said in my life about my work and everything I wrote in my letter that was the subject of this memorandum...Mark Dorman made these memorandums up. Mark Dorman even made up memorandums for persons he never even spoke to. And of all the persons he did speak to, he never told anyone that he was writing memorandums and QUOTING THEM.


NOBODY KNEW.


Dorman admitted in an under oath videotaped deposition in 2019 that he made these memorandums and quotes the persons in them without the knowledge nor permission of the persons they were about. This is not a joke: this is what the DFI and City of Milwaukee do in order to "pin a crime" on their target: they secretly make up memorandums, tell nobody they are doing this, and then send them out to the DOJ and FBI to build a case around...and it's all lies and nobody has any idea they are doing it.


The employees of DFI are required by law to not lie or falsify anything...hence they suspend their employee code of conduct and the Constitution and Federal Law when the decide it's worth it in order pin a crime on a target.

(The DFI also gives awards to themselves after they frame persons for crimes to get jail sentences.)


Jonathan Bliss first saw this memorandum attributed to him without his knowledge nor permission —since it was an OFF-THE-RECORD 'conversation'— when it was included as an exhibit in my lawsuit against him. After his new lawyer took over from the disbarred one, the first thing Bliss wanted me to know was that he never said anything in that memorandum and never knew about it and never gave permission to any notes or memorandums being written about the meeting because it was purely an "off the record conversation" because the DFI threatened him into meeting with them and he had no idea Heather Hecimovich Hough was going to be there. And worst of all, after they offered him the bribe of "property tax relief" to help "pin a crime" on me, he never answered any of the DFI's or Heather Hecimovich Hough's follow up calls to "help" them...and after it became clear Bliss was not going to aid in a blatant criminal conspiracy, Bliss received a stack of notices of "Code Violations" for EVERY SINGLE ONE OF HIS PROPERTIES. This is because Milwaukee Deputy City Attorney Heather Hecimovich Hough —or someone connected to her, like Alderman Michael Murphy, Mayor Tom Barrett, Erika Lewandowski-Roberts, Pete Laritsson— sent out the Milwaukee Department of Neighborhood Services to write up code violations on every single one of Bliss's rental properties as retaliation for not helping the City of Milwaukee and DFI to "pin a crime" on me. These impromptu code violations cost Bliss over $25,000 —he even had to replace a roof that was not even close to leaking and had at least 5 years of life left in it.

Lastly, Bliss investigated into the "property tax relief" Heather Hecimovich Hough told him he was to receive...only to find there is no such was for the City of Milwaukee to give him "property tax relief" with acting criminally.

Back to my interview with the Journal Sentinel, I told Spivak that my business was on solid ground, I had found new buyers for the properties Jay & Nancy Patel and another Illinois man, David Calzaretta, did not fulfill their contractual obligations to purchase and that in looked forward to continuing buying & renovating homes in Milwaukee.

And then the article came out: Front Page, false stated that I am "banned from selling securities in Wisconsin", printed the wording of a letter signed by City Attorney Grant Langley and his deputies Heather Hecimovich Hough and Adam Stephens and sent to the FBI and US Attorneys Office claiming I am involved in "interstate securities fraud" and "akin to a mortgage Ponzi scheme"...when mortgages are both contracts and real property and securities laws apply to neither (except when the DFI suspends the Constitution and Federal Law and their code of conduct to say "all notes are securities in Wisconsin") and a Ponzi scheme is a fake business where money is stolen under the pretense of being invested into "securities"...my business was real, the houses are real, the tenants are real, the contractors who renovate the houses are real, the loan payments are real, the bank accounts are real, the CPA who set up our accounting software has 40 years of experience and our tax returns are REAL. There is nothing fake about my business that gets loans to buy & renovate real estate, rents to human beings, and then either sells or refinances the real estate...and the cycle begins again. I had been doing this business since 2009 and owned my own company since 2011 and had tax returns backed by detailed accounting of every dollar spent for every year I was in business...only for Milwaukee City Attorney Grant Langley and Deputy City Attorneys Heather Hecimovich Hough and Grant Langley to write to the FBI, US Attorneys Office and DOJ to say my business was "akin to mortgage Ponzi scheme" without ever even talking to me...because they were intentionally making up crimes to try to pin one to me at the request of my neighbors (which included Mayor Tom Barrett) because they hated that I allowed black human beings into my home.

This article —which merely quoted me as calling my neighbors "racist" and left out every single pertinent and relevant thing I said and my wife said (including the attack on her and our landscapers by the neighbors)— and the follow up articles all painted me about as bad as possible, and in turn my business tanked on the spot. Banks set to finance the sales of the properties that Patels and Calzaretta [did not fulfill their purchase commitments] revoked their financing commitments. Everything went south. My wife went into a frenzy of nonstop domestic violence —which I later learned was the result of my own Attorney Michael G Heller, who was having secret conversations with her behind my back and without my knowledge and telling her that the DFI was right —"all notes are securities in Wisconsin" and that I was eventually going to go to jail. I didn't learn about Heller secretly representing my wife against me until Nov 2021 when I told him about the radiation and asked if my wife had told him about her issues with the radiation and he declared, "I'm not going to comment on any of the private conversations she & I have had," and then dropped me from being represented by him in my civil suit with Scott Lurie, who lied under oath, and in this same conversation in which Heller told me he has been having "private conversations" with my wife for years, he also told me that he refused to write up a sanctions company for Lurie's perjury and to find someone else.

At this point, my life made a lot of sense In hindsight: in late July 2020, I went to Police District 3 to seek shelter from a domestic assault advocate after my wife's now-daily episodic violence...and in the police station, as the officer showed me how to stop my wife from tracking me on my phone, Michael Heller called me...which he never did since my wife had "banned" me from talking to him under threat of violence against me and damage to my business and declaring she is going to handle all lawsuit work with Heller or else she's going

to leave me. Heller called me that day to spy on me at my wife's request. And, in hindsight, I realized how what I deemed the most important thing to go into summary judgment defense writings in other court docs somehow never miraculously made it in....and then I kept losing these lawsuits as Michael Heller refused to say, "Loans are civil contracts, civil contracts are real property, and securities law do not apply," and his rationale for not writing this was because —per his words— "I can get sued if I write this...because the DFI did a presentation when I went to Marquette Law School, and securities laws are what the DFI says they are...and it 'inappropriate' to go against the DFI."

To be clear, my wife was mentally ill on account of radiation poisoning in our home and heavy metal poisoning on account of her copper intrauterine device —and radiation causes copper to combust, hence my wife's violent outbursts she never remembers.

My own Attorney Michael G Heller was secretly "trying to save" my wife from the DFI's "investigation" me, and in turn, based on the secret legal advice Heller gave her without my knowledge, she countered, fought, and attacked every action in my business with threat of violence to "save" herself at the guidance of Michael G Heller. This ultimately led to Attorney Michael G Heller connecting my wife to Attorney Daniel Exner, who, using the inside knowledge of Heller & my wife working together without my knowledge, plotted to divorce me, and then locked me out of my business bank accounts to prevent me from getting money to get a lawyer for both my divorce and the civil suit with Scott Lurie with the intent to get me to the point where I will have nothing left and the DFI can finally come down on me with their aid.

My own lawyer got my mentally ill/radiation poisoned/copper poisoned wife to believe that the DFI can legally suspend the Constitution and Federal Law to declare civil contracts are securities in order to work with the Wisconsin DOJ to prosecute Wisconsin residents for unpaid debts by calling an unpaid debt "misrepresentation on the sale of a security".

This is how crass & insane my life has become on account of the 25 years of treason at the DFI combined with how far the "Milwaukee Political Machine" will go to prevent more black human beings from coming into Tom Barrett's neighborhood.

In late 2016, I sent copies of my loan contracts to State Rep. Evan Goyke, who I knew because his father was the lobbyist for the landlord associations. I asked Goyke to get me a legal reading on them and let me know if my loan contracts are legal. Goyke met me at Troop Cafe in December 2016 where he reported back to me the following: He brought my loan contracts (which happened to be the exact ones the DFI said were illegal sales of unregistered securities back in 2013, per the order they issued and forced me to sign under threat of prosecution) to the Wisconsin Legislative Counsel, who is the attorney body for state legislators to go to when they need to understand what laws mean, and they told him that these loan contacts are civil contracts and can only be interpreted by a civil court judge in a claim in a civil suit by one party to the contract against the other, and these are "not illegal" because "there's no such thing as an 'illegal civil contract' because the right to contract is part of the Constitution and a civil contract can be 'unenforceable' like if it was a contract to provide prostitution services, since prostitution services are not legal it shall make the contract 'unenforceable' yet not 'illegal' nor 'criminal' since a contact to perform prostitution is not itself the act of prostitution." I next asked if

securities laws applied to it, and Goyke said, "No, because civil contracts are real property and securities laws do not apply to real property, only securities."

I was relieved. The Constitution and Federal Laws still applied in Wisconsin. I sent out a mass email to my partners letting know Goyke confirmed what I am doing is legal and everything was going to be ok. I even CC'd Goyke on the email.

What happened next was...strange.

Goyke called me and said he was "freaked out" because my email said he "endorsed" my business. I told him the DFI was committing fraud and I wanted him to do something about it. Goyke was noncommittal to look into the DFI.

After the Journal Sentinel article on the charges against the Eliasons being dropped, Goyke and I connected and he said he was "following" what was happening with the Eliasons...

Then to my surprise, when the Journal Sentinel article on me came out, Goyke was quoted in there as distancing himself from me...even though he knew as of December 2016 that everything about my business was legal and the DFI had suspended the Constitution to declare loans securities.

I saw Goyke walking through my neighborhood shortly after Journal Sentinel articles on me were published. I pulled over my car and waved and he walked up to my window, we exchanged pleasantries, and he said to me, "Sorry about

what I had to say in the article about you. Political reasons. I know [and he turned and referenced my neighbors houses]."

I was shocked: did he really just say that to me?

A long -term acquaintance of mine who is lawyer told me he went to law school with Goyke's wife, Gaby, and Heather Hecimovich Hough...and they were all friends who hang out together.

Lastly, Rep. Goyke's father, Gary, told me the DFI has subpoenaed both Evan and himself to ask them about me, to which, according to Gary, they both replied, "Nick is a good guy," and the DFI lobbed what best can be described as "veiled threats" against each man to stay away from me.

Miraculously, Rep. Evan Goyke never once has looked into the ongoing treason at the DFI while the DFI is still framing Wisconsin residents for fake crimes...while at the same time still campaigning for "Criminal Justice Reform". And his & his wife's friend, Heather Hecimovich Hough, is still employed at the Milwaukee City Attorneys Office and trying to declare local real investors are acting illegally by making up lending laws...believed in conjunction with the DFI behind the scenes.

The DFI's blackmail and the persons who piled on.

With the full support of my therapist, wife, and closest friends, I petitioned to legally shorten my name from "Nicholas Rezny" to "Nick Rezny". Judge David Hansher presided, and told me that since I was in lawsuits he did not want to

grant a name change at that time. I said that I felt his rationale was fair and asked him if he will adjourn my request for a period of time so I don't have to pay a new filing fee; he denies the request and told me to file a new petition when my audits concluded.

I had been happily estranged from my family for over 2 years at that point, and it was my 2nd escape/estrangement from my family at that point in my life. I took Hansher's ruling as a sign from God to try it one more time with my family. I even wrote Hansher a thank you letter letting him know I reconnected with my mother and am embracing the name "Nicholas" on account of his words to me in court, "Nicholas is a fine name."

The reunion with my family did not last long, 9 total months before i found it best to stop answering phone calls and door bell rings.

And then my cousin committed suicide by hanging himself in his wife's garage spot for her and his son to come home to.

My mother has one older sister, and this was her oldest son. I am my mom's oldest son, and this was my counterpart cousin, whom I resonated with as I myself attempted suicide at age 17 on account of how I was raised.

My mother is mentally ill; my stepdad enabled. I don't want to get into the specifics of my childhood, and I shall let you know this: my therapist—who is almost 70 year old–– said I was the "worst case of child abuse" she handled in her entire career, and when I share the experiences of my childhood with others who genuinely want to know, I've seen persons cry and even vomit.

At my cousin's funeral, nobody talked to my wife or me. She & I sat in the basement of the funeral home the entire time. My favorite uncle from childhood was Greg Dahlman, mutual fund manager for Dana Investment Advisors, and husband to my mom's sister. I went to say hi to him and he gave me the cold shoulder and that's when I realized everybody was, leading me to trek to the basement to find peace.

Shortly after returning home from the funeral, I received lawsuit papers from my favorite uncle who was one of the saving graces of my childhood declaring I had committed securities fraud when he gave me mortgage loans to buy & renovate real estate. His lawyers were Iana Vladmirova and Daniel McGarry from Husch-Blackwell, and the lawsuit had all of the exact same claims as the Patel/Kravit suit and a suit by David Calzaretta —all of whom the DFI had assisted and directed in suing me.

This was a shock to me as my uncle Greg came to my house to meet with me after the Milwaukee Journal Sentinel articles on me were published in June 2017. In our meeting he told me his partners at Dana Investment Advisors had admonished him for loaning me money to fix up inner-city real estate because his "partners believe any investment in a black area is a bad investment." This was a shock to me. He next stated that he believed his partners will attempt to force him out of the company and asked if I can pay him off quick...which was also a shock to me as he and I had already had in-depth discussions about him using his loan to me as a down payment for him to purchase the apartment buildings the Patels & Calzaretta defaulted upon...and now he was asking me to impossibly find a way to pay him over $250,000 to save his job because his "partners believe any investment in a black area is a bad investment."

What I leaned over time was disturbing: the DFI wrote Dahlman, who directed his Husch-Blackwell attorneys to call the DFI on his behalf, and the DFI told

the attorneys that the DFI has already determined I had committed securities fraud and since Dahlman holds a Series-7 securities license, his license requires him to report securities fraud when he is aware of it happening, which is what the DFI is telling him: the DFI already determined I was committing securities fraud so Dahlman must sue me for securities fraud or else be subject to having his securities license revoked and face criminal charges with me. Hence, Dahlman, via his Husch-Blackwell attorneys, filed suit claiming I committed securities fraud when I received a mortgage loan from him, gave him the mortgage, and he never recorded it —in the Patel/Kravit suit, Judge Marshall B Murray rules that even though the law requires the mortgagee to require the mortgage and even though I had signed & notarized and gave the mortgage to the Patel's self-directed IRA company per the exact terms required to facilitate & execute the transaction and had no way to get the mortgage back from the Patel's IRA administrator because it was their own IRA and not mine and the Patels never got the mortgage from their IRA administrator to either record themselves or give to me to record, it meant that I had committed "securities fraud" per Judge Marshall B Murray...and now here was Husch-Blackwell's McGarry and Vladmirova on Greg Dahlman's behalf saying I committed securities fraud [by acting completely legally] in the exact same way.

So this is the system. And everyone involved is ok with it, including Husch-Blackwell, including Dana Investment Advisors, including Judge Ellen Brostrom who at one point in the case ordered me to spend 5 days in jail on account actions taken by my attorney Michael Heller, who, as stated before, was trying to 'save' my wife from the DFI and not fulfilling his legal obligations to represent me. Brostrom did reverse the 5 day in jail order, yet granted summary judgement to Dahlman, which tanked my business even further. A few of my lenders were elderly and relied on interest payments for living expenses, and now here was Dahlman using his money plus the power &

influence of the DFI to further degrade my business and force his way to the front of the line for payments.

This lawsuit settled by Grace of God: in Iana Vladmirova deposition of me, I openly on the record spoke of the treason at the DFI pairing with the City of Milwaukee to "pin a crime" on me. I talked about my uncle Greg Dahlman forcing his gay son out of the car on an Indiana highway after the son admitted he was a homosexual and driving back to Wisconsin before his wife/my aunt made him drive back for his son. And lastly, I, under oath, asked Vladmirova to clarify if a property value was determined was an independent appraisal or a tax assessment, and she said "appraisal"...which completely contradicted the email she sent my uncle in Sept 2017 stating that his mortgage on my properties was "worthless" because the tax assessments showed only half the value, which then became my uncle's rational to sue me: because I gave him "worthless" mortgages per Vladimirova. However, the mortgages were based on appraised value and were not worthless at all... so telling my uncle his "mortgages are worthless" because of "tax assessments" was part of the plot with the DFI to give my formerly childhood favorite uncle a reason to sue me.

After all of this was stated by me on the record—and to the objection of Michael Heller— Vladimirova & McGarry petitioned the court to have my deposition transcript permanently sealed. Next, they called Heller and settled the suit to pay back my uncle in immediately monthly installments with no interest.

As for Judge David Hansher, in the front page Milwaukee Journal Sentinel article on me, Hansher went on record, called me a liar, claimed he "believed" I was changing my name to get out of lawsuits (a completely baseless claim not founded in the laws of the United States of America because "Nick Rezny" and "Nicholas Rezny" are still the same name with only minor spelling variations). Hansher never told me he was going to call me a liar in public, and before

calling me a liar without my knowledge in the newspaper he can have checked the record and called my therapist or any of the witnesses to my childhood abuse to ask about the abuse I experienced. Instead, he went behind my back and claimed I was lying about my childhood abuse & support of therapist and wife was reason to shorten my name from Nicholas to Nick.

Hansher is an elected official in Milwaukee. As is Marshall B Murray. As is Ellen Brostrom. As is Jane Carroll. As is Alderman Michael Murphy and Mayor Tom Barrett...who all "coincidentally" "believed" false things about me and state law at the exact same time in total detriment to my entire life.

David Calzaretta

I knew David Calzaretta from my membership in Entrepreneurs Organization Chicago. David owned four music band and booked them out for wedding gigs. He also owned a couple parcels of rental real estate. Seeing the wedding music performance market was inevitably headed downward due to the rise in electronic music, Calzaretta approached me about my business and it felt like a perfect fit for him: he buys the real estate I renovate and then I manage it (this is how my business has always and shall continue to work as this is a normal real estate rental business setup).

Calzaretta signed offers to purchase, applied for financing, gave me a down payment, got approved for financing and then backed out after financing was approved.

Things first went weird with Calzaretta when he sent me the down payment —a month later than needed putting me in a bad place financially because of all of the money I had spent upgrading the properties he contracted to buy— and

then told me he needed the money back because it came out of the "wrong account" and "triggered a taxable event" and once he received the money back to "reverse the taxable event" he will send it back. I agreed to send half of it back to him because he was overdue in sending it to me and contractors had to be paid. After I sent it back he called me crying claiming that he wife just left him —I was 33 years old at this time and this grown 44 year old man was screaming crying on the phone to me about his wife leaving him....and I told him I'd support him as a friend however I can...and then didn't hear from him again. When the bank sent the email to us that financing was completed and the sale was ready to close I contacted Calzaretta and asked him to send rest of down payment money to schedule closing. At this point he said "my circumstances have changed and I can't do the deal." I told him he signed a contract and by law had to perform, at which point he said to me that I'm a fraud, my whole business is a fraud and he's going to sue me to prove it...and then he & his Attorney Matthew Saffar sued me in Federal Court in Chicago, Illinois, claiming I committed securities fraud when Calzaretta paid me his down payment to buy real estate. The federal court judge Maria Valdez both 1) refused my motion to move jurisdiction to Wisconsin because it was a Wisconsin Offer to Purchase Real Estate, and 2) granted summary judgement for Calzaretta that I had committed securities fraud when I received his down payment on real estate he contracted to buy. My lawyer, sadly, was the lawyer I didn't realize was not my lawyer while simultaneously being my lawyer somehow, Michael Heller, and I signed off on agreeing that it was a form of conversion akin to if I had cut down a tree on property that I thought was mine and it turned out was not. Afterwards, Attorney Saffar declared to the Milwaukee Journal Sentinel that I admitted I was a fraud and now it's on record...and the Journal Sentinel printed it along with nothing from me about the matter.

Lastly, I learned via Calzaretta's requests for admissions and request for document production that THE WISCONSIN DEPARTMENT OF FINANCIAL INSTITUTIONS WAS AIDING & SUPPORTING CALZARETTA & SAFFAR.

So it's now an indisputable fact that the DFI's treasonous reach extends all the way into the federal court system and across state lines into Illinois to help a rich white Naperville man to rip off an autistic Wisconsin resident who rebuilds inner-city homes and rents them to low-income families...because that how this system works.

The DFI does not protect Wisconsin residents: it preys upon us.

<u>Bill Kern, Prosource Flooring, and Attorney James T Moczydlowski</u>

After the front page article on me in the Milwaukee Journal Sentinel claimed I was "banned from selling securities in Wisconsin", Kern & Moczydlowaki filed suit against me claiming I had picked up over $5000 of flooring without paying for it...which is bizarre because Prosource requires payment prior to releasing materials. They showed receipts and emails for orders I placed, and I agreed to a payment plan. Only after the suit was concluded did a Prosource employee email and say now that I was paid in full I can pick up the rest of the materials in the warehouse...to which I replied demanding how there was materials for me to pickup when they sued me claiming I had picked them up without paying.

Turns out the lawsuit was a complete fabrication on the part of Kern & Moczydlowski. They made it all up; they ordered flooring for me to pick up as I needed it and pay when I pick up. That's how my relationship had been with them since 2010...until a lawsuit claiming I defrauded them, conveniently right

at the Journal Sentinel article. Seeing that the DFI subpoenaed my bank records and contacted every person to whom I wrote a check, Prosource had received many checks from me...so it appears this intentionally false lawsuit against me was done with DFI involvement —did the DFI bribe Kern like they offered to Jonathan Bliss? Did the DFI threaten him like they did my uncle & others? I don't know, and what I do know was that it was intentional misrepresentation to the court by Attorney Moczydlowski.

Trevek R Sengbusch and Bradley M Binversie

Sengbusch & Binversie and I are all members of various LLCs together. Our operating agreements state 100% agreement is needed for certain actions (such as sales and debt financing to commence). In September 2020 after my wife moved out, these men chose to disregard the operating agreement, take full decision-making power of the LLCs into their sole & secret control, and slander me to banks and accuse me of fraud to title companies and lending institutions. I was told of none of their intentions to commit these actions prior to these men doing them, and I only found out through other persons who called me and told me Sengbusch was going behind my back to accuse me of fraud and take actions not agreed to in accordance with our operating agreements. When Sengbusch accused me of fraud to a licensed Wisconsin title company, the title agent asked him, "How can Rezny be committing fraud in transactions he is not involved in?" Sengbusch apparently had no answer as it was seemingly his intent to get others to believe his accusations and try to rally persons against me....just like how the DFI and City of Milwaukee accused me of fraud and tried to rally persons against me when there is no fraud I can possibly have committed!

Did the DFI & City of Milwaukee recruit Sengbusch & Binversie to their plot via either bribes, coercion, or threats? Their actions look like it, and the effects of their actions have directly contributed to where I am right now in my life.

Kyle Willkom, Kyle Stanley, Jeremy Fret, Dark Roast LLC, Abronia LLC,
Charles Anthony Clark, Clark Legacy Holdings LLC

In May 2022 I received an email from Willkom declaring he, Stanley, and Frey
held a secret meeting without my knowledge about the LLCs in which we all are
members, fired me from managing the rental properties in these LLCs and
appointed Charles Anthony Clark's company, Clark Legacy Holdings to be the
new property manager in spite of him having almost no experience in property
management and me having 12 years experience. These men have essentially
taken it upon themselves to 'steal' my ownership in these LLCs and provide me
with no accounting nor owner's statements nor profit since. Furthermore, upon
being forced out of my house on Hi Mount (due to Nick Daar's aiding of Scott
Lurie), I moved into a rental property owned by Dark Roast on a 5 year lease
and began renovating it while living here…only to not receive a "Notice to
Vacate" from Charles Anthony Clark on behalf of these men who now
apparently do not care that I have 5 year lease and are willing to now do
anything to get me out of this house I just moved into…and why?

Did the DFI put them up to this? Did Attorney Michael Heller put them up to
this?

I don't know and I need to know.


David M Warner, Awarner LLC, Awarner1 LLC, Skyforger LLC.

I met David through Nick Daar, and David & Nick Daar are still friends.
Coincidentally, exactly at the time when Daar moved to force me out of my Hi
Mount home Warner cut off all contact with me and listed all our properties for
sale without my knowledge or permission. I placed affidavits of interest on the
ones in which I have a heavily-vested interest to prevent this. Yet Warners acts
and the timing of them are remarkably odd, as they appear to be intended to

help Nick Daar, who is helping Scott Lurie evade perjury for helping the DFI, City of Milwaukee, and Kravit/Patel plot to frame me for securities fraud crimes that in no way apply to me or any aspect of my life.

I understand this complaint requests brevity in the description of what has happened to me.

This began for me in 2010 and has affected my life nonstop ever since. This sadly is as brief as I can be about this. Furthermore, because what I am stating is what the system in Wisconsin fully is and how long this has gone on, I realize I have to be specific because as the DFI, DOJ, and Wisconsin Court of Appeals have shown is that anything I do not say can be said by them on my behalf without my knowledge nor consent and when they do this it apparently carries the weight of law and cannot be stopped, hence the countless innocent persons imprisoned as a result of this system and the likely over $100M of taxpayers dollars wasted as a result.

And for what?

This was all done, this has all happened because the persons involved "believe" in using up their budgets to keep their jobs and expand their departments in order to create more jobs to do exactly what this is: create & continue public corruption, treason, and hate crimes...and nobody NOBODY has any qualms about what they are doing because this is how it's been done since at least 1998.

Look at us now: This is Embarrassing. Our state has been imprisoning its own residents for unpaid debts by calling it "securities fraud" since 1998...and nobody thought, "Hmmm...this doesn't seem right?" The will of these public

employees to refuse to acknowledge wrongdoing in one another is a sick plague that has denigrated every bit of our Constitution that built this country and our state... And they are trying to cover this up! They are actively removing public records from court files to cover this up, they are removing public records to cover this up, and they are still trying to prosecute Wisconsin residents in order to claim they are the "good guys". Nothing is further from the truth. This is psychotic. This is Mass Psychosis. And, as a Catholic man, I say this is a "Plague of Evil". I define 'Evil' as "Chaos of a lesser intelligence," and that's exactly what this is: Stupid Chaos with no accountability.

The DFI is responsible for reporting its own criminal activity AND THEY KNOW THIS. I was able to depose them in the lawsuit caused when they blackmailed my uncle Greg Dahlman into suing me. Upon giving them a notice of deposition, Attorney General Brad Schimel issued a protective order to prevent me from deposing them. When we challenged this in court, the Department of Justice sent staff attorney Kathryn Spitz to lie to Judge Ellen Brostrom and claim that the DFI is part of the DOJ (it is not) and that their investigation of me is for the DOJ (whatever that means...apparently it means the DOJ is claiming responsibility for investigating me for securities fraud because Milwaukee Mayor Tom Barrett and his cronies asked them to). When we deposed the DFI's Mark Dorman, he laughed when we asked him how we can report him for a crime as he said he had no idea. The DOJ's Kathryn Spitz was there representing him the entire time USING TAXPAYER MONEY.

It's says on this complaint form what I want done about this:

i want them all arrested and prosecuted to the full extent of the law for treason, hate crimes, public corruption and offical misconduct, bribery and every single thing possible that they have down.

I want my name cleared: I AM NOT BANNED FROM SELLING SECURITIES, NEVER WAS, AND I AM A VICTiM OF THIS CORRUPT SYSTEM. I am now in a divorce and this complaint accompanies my federal bankruptcy petition. What's going to happen when a judge looks at my loan contracts? Is the DFI going to show up and say, "Hey, we suspended the constitution and federal to say that loans are sales of securities, so you have to go along with it...because if you don't we have more power than you and will destroy your life just like we did Rezny and Freeman and all of the rest of the persons we have targeted"...? And then am I going to go to jail because they've destroyed my life and cannot pay my debts due to my life & business having been destroyed? I am recovering from radiation poisoning that appears to have been directly caused by the City of Milwaukee Department of Neighborhood Services in their plot to get me off the mayors block for having black persons at my house. I'm going to be undergoing intensive psychological and physical therapy for the next 2 years as the radiation works it's way out of my system...so I need time to recover and heal. Does this mean I've "misrepresented the sale of a security"? Answer: it's not supposed to. According to the Wisconsin Legislative Counsel the laws are still what they originally were written as: civil contracts are real property and therefore not securities. Yet Rep. Evan Goyke buried this information because he's friends with the co-conspirators. So what's going to happen? Is anyone here to advocate for me? I do have a cognitive disability —autism— and this means I am in need of extra assistance to understand the things I don't understand...such as how a state regulatory agency can suspend the Constitution and Federal Law and their own employee code of conduct in order to call unpaid debts securities fraud...and the best answer I am getting as to how to handle this is to file a civil suit claiming "workplace rules violations" while DFI & DOJ work together to destroy as much evidence of their actions and cover their tracks as much as possible while the DOJ provides a taxpayer-funded lawyer to protect the DFI & DOJ employees from losing their jobs for suspending the Constitution and Federal Law and their own employee code of conduct in order to call unpaid debts securities fraud...and this will take place

in a civil court where Judges Murray, Brostrom, Hansher, and Carroll still openly subscribe to their old union training to turn a blind eye to anything and everything done by other public employees while saying to me, "I don't believe you," both to my face and especially behind my back. This is crazy. This is psychotic. And if this is really how America works then this is my offical notice of renouncing my citizenship that apparently affords me no legal rights at all when Wisconsin public employees don't want me to have then because they a racist losers.

On top of this Governor Tony Evers —who made his career with support of public union members— just recently appointed the former Secretary of the DFI to be the new Secretary of the Department of Administration. To be clear, Secretary Blumenfeld oversaw the ongoing corruption at the DFI and never launched any investigation or took any actions to stop the treason...and now she is the head of the DOA where she can stop and prevent any investigation from arising out of the DOA into DFI employees, because the only known way to get state employees investigated for crimes in to file a civil suit claiming workplace rules violations and then it is the DOA who oversees such "investigations", yet now the former head of the DFI is the new head of the DOA and she can stop all of this from happening and will do everything she can to protect her fellow co-workers and former union members.

Arrest them.

Arrest them.

Arrest all of them right now.

And demand the Milwaukee Journal Sentinel publish a very visible article admitting I am not banned from selling securities and I love what I do so much it has caused me to survive all of this and still demand Justice.

If a group of 3 men walk into a store and one of the man pulls out a gun and shoots & kills a random person, then the shooter is charged with murder and

the 2 men are charged with being accomplices...whether or not the 2 men knew the other was going to kill anyone. Here is Wisconsin, state employees suspended the Constitution, Federal Law, and their own employee code of conduct in order to make up crimes and incarcerated the very citizens for whom they are sworn to uphold the laws and apply them accurately, and they all "believe" what they are doing is right...which makes them all either directly responsible for treason or accomplices to treason and the punishment for treason is death. I prefer life in prison for these persons...and every single person who aided, abetted, and tried to profit from this treason, especially the ones who furthered these aims in the court room.

The worst part of this whole thing was that it is based in a Hate Crime: my neighbors did not like that I associate with black human being and called in every single political favor and government scam possible...to get me "off their f*cking block (per Betty Nillsen)" and the result is Treason. Treason. These people were literally able to get a group of people together to commit treason because their new neighbors had black friends. This is insanity. Please give me my rights and my life back.

This is Milwaukee, Wisconsin. And the mass media outlets that are the Milwaukee Journal Sentinel and CBS-58 aided and advanced the actions of the City of Milwaukee and State of Wisconsin in this matter.

## C.  JURISDICTION

■   I am suing for a violation of federal law under 28 U.S.C. § 1331.

### OR

☐   I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$ _____.

## D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

1) Direct the Milwaukee Journal Sentinel to correct their false statements about me,

specifically that I am "banned from selling securities" in Wisconsin: I AM NOT.

2) Arrest every single person involved in this because every single name listed in here

either directly contributed, aided, abetted, or profited either personally or professionally

from this mess: This is Treason, a Hate Crime, and Public Corruption.

3) I am filing a bankruptcy petition. I had nearly $4M in loans to buy & renovate real

estate in Milwaukee that my company then rents to low income families. The attacks

by the City of Milwaukee and State of Wisconsin have destroyed my ability to run my

business and now I owe money to human being who believed in me and supported

the good nature of our enterprise...and we all abided by the inalienable rights of the US

Constitution, and when those were stripped from me without my knowledge nor

permission, it damaged the lives of every person to whom I was connected.

E. JURY DEMAND

I want a jury to hear my case.

■ – YES ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this ___31st___ day of _____October_____ 20_22___.

Respectfully Submitted,

Signature of Plaintiff

414-544-3517
Plaintiff's Telephone Number

nrezny@yahoo.com
Plaintiff's Email Address

2154 North 48th Street

Milwaukee, WI 53208
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☐ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

■ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.