2024 North Hi Mount Boulevard
Milwaukee, WI 53208
November 30, 2022

Honorable Lynn Adelman, District Judge
U.S. District Court, Eastern District of Wisconsin
517 E. Wisconsin Ave. Room 362
Milwaukee, WI 53202
November 30, 2022

RE: Civil Action No. 22-cv-1285

Dear Judge Adelman:

We neighbors have been named as defendants in the above-captioned case.

Given that we were served just prior to the Thanksgiving Holiday with the December Holiday Season approaching, and, given that it is quite time-consuming for pro-se defendants to figure out how to respond to a rambling, sometimes incoherent document that demands we all be jailed but cites only a procedural statute (28 U.S.C. 1331), we hereby request a 30-day extension to respond to this case.

Thank you kindly for your attention to this matter.

Sincerely,

Charles Dee
2024 N. Hi Mount Blvd.

Anne Landre
2024 N. Hi Mount Blvd.

Jack Boblick
2032 N. Hi Mount Blvd.

Betty & Carl Nilssen
2016 N. Hi Mount Blvd.

Ryan & Sara Janacek
2013 N. Hi Mount Blvd.

Mathew & Andrea Loss
6428 W. Washington Blvd.
Wauwatosa, WI 53213

[OVER]

*[Signatures: Darrel Jacobs, Barbara Jacobs]*

Darrel & Barbara Jacobs
1930 N. Hi Mount Blvd.

NOTE: Unless stated otherwise, all addresses are in Milwaukee, WI 53208