UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| NICHOLAS E. REZNY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WISCONSIN DEPARTMENT OF FINANCIAL INSTITUTIONS, et al., <br><br> Defendants. | Case No. 2:22-CV-1285 |

**CIVIL L.R. 7(H) EXPEDITED NON-DISPOSITIVE
MOTION TO POSTPONE DEADLINE TO ANSWER**

Defendants Milwaukee Journal Sentinel and Cary Spivak ("MJS") move the Court pursuant to Civil L.R. 7(h) for an order postponing the current December 7, 2022 deadline for MJS to file its answer to plaintiffs' complaint or other responsive pleading. In support of this motion, MJS states:

1. On November 9, 2022, Magistrate Judge Stephen Dries issued a screening order in this matter pursuant to 28 U.S.C § 1915(e)(2)(B)(i). *See* dkt. 3. Judge Dries' screening order concluded with the following recommendations: "(1) that this action be dismissed according to 28 U.S.C. § 1915(e)(2)(B)(i) as frivolous; and (2) that judgment be entered accordingly." *Id.* at 5.

2. MJS was served with the complaint in this action on November 16, 2022.

3. The Court has not yet ruled or otherwise acted on Judge Dries' recommendations. In an effort to save on litigation costs in a case with a pending recommendation of dismissal, MJS requests a 30-day postponement of the current December 7, 2022 response deadline, or two weeks following the Court's ruling on Judge Dries' screening order, whichever is later.

4. The Court has not yet set a schedule for the case and has already granted a motion to extend the answer deadline for other defendants in this action. *See* dkts. 6-7. Thus, neither the Court's schedule nor any party would be prejudiced by MJS' requested extension.

Dated this 5th day of December, 2022.

                               s/Brian C. Spahn
                               James A. Friedman
                               Brian C. Spahn
                               Maxted M. Lenz
                               GODFREY & KAHN, S.C.
                               One East Main Street, Suite 500
                               Madison, Wisconsin 53703
                               T: (608) 257-3911
                               F: (608) 257-0609
                               jfriedman@gklaw.com
                               bspahn@gklaw.com
                               mlenz@gklaw.com

                               *Attorneys for Defendants Milwaukee Journal Sentinel and Cary Spivak*

28383932.1