UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED

2022 DEC -5 P 2: 45

CLERK OF COURT

NICHOLAS EARL REZNY, ET AL.

    Plaintiffs,

v.                                                              Case No. 22-CV-1285-LA

WISCONSIN DEPARTMENT OF
FINANCIAL INSTITUTIONS, ET AL.,

    Defendants.

---

### CIVIL L.R. 7(h) NON-DISPOSITIVE MOTION OF *PRO SE* DEFENDANTS JEFFREY SWEETLAND AND MARGARET MURPHY FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT

---

    *We, pro se* defendants Jeffrey Sweetland[1] and Margaret Murphy (defendants no. 14 on page 2 of plaintiffs' complaint) move the court, pursuant to Rule 6(b)(1)(A), Fed.R.Civ.P.,for an order extending their times to respond to the complaint. In support of this motion, we show the court the following:

    1.    Plaintiffs filed their 85-page complaint (Dkt. No. 1) against well over 100 defendants on October 31, 2022. Pursuant to plaintiffs' consent (Dkt. No. 2), the case was originally assigned to Magistrate Judge Stephen Dries.

    2.    In his report and recommendation issued November 9, 2022 (Dkt. No. 3), Magistrate Dries found the complaint frivolous and concluded that it "failed to state a credible cause of action" (pp. 2-4). He therefore recommended that a district judge dismiss the action and enter judgment accordingly (p. 5).

---

[1] The complaint identifies me as "Attorney Jeffrey Sweetland." Although I am an attorney, Wis. Bar No. 1001737, admitted to practice in this court, I am filing this motion as a *pro se* defendant, representing only myself and no other party.

3. The case was reassigned to District Judge Lynn Adelman. To date Judge Adelman has not ruled on Magistrate Dries's report and recommendation.

4. Mr. Sweetland received copies of the summons and complaint on Thursday, November 17, 2022. Assuming solely for the sake of argument that this constituted proper service of process, Mr. Sweetland's response to plaintiffs' complaint will be due on Thursday, December 8, 2022.

5. Ms. Murphy received copies of the summons and complaint on Saturday, November 19, 2022. Assuming solely for the sake of argument that this constituted proper service of process, Ms. Murphy's response to plaintiffs' complaint will be due on Monday, December 12, 2022.

6. We believe that an extension of the time to file our responses to plaintiffs' complaint to fourteen (14) days after the entry of an order ruling on Magistrate Dries's report and recommendation, is reasonable and consistent with the time periods prescribed in Rule 12(a)(4) and (g), Fed. R. Civ. P.

7. We further believe that the *pro se* letter motion of defendants Charles Dee, *et al.* ("Hi-Mount Neighbors") for a thirty (30) day extension of time to respond (Dkt No. 6) is reasonable and appropriate for the reasons stated therein and submit that the same reasons apply to us. Accordingly, we submit that an extension of the time to file our responses to plaintiffs' complaint be extended to the later of (a) 14 days after the entry of an order ruling on Magistrate Dries's report and recommendation, and (b) 30 days after the dates that our responses are currently due, is reasonable and appropriate.

8. Additionally, if Judge Adelman, in his order, accepts Magistrate Dries's recommendation and dismisses the case, further pleading may not be necessary.

WHEREFORE, Mr. Sweetland requests an extension of the time to file his response to plaintiffs' complaint the later of (a) 14 days after the entry of an order ruling on Magistrate Dries's report and recommendation, and (b) January 7, 2023, that is, 30 days after December 8, 2023; and

WHEREFORE, Ms. Murphy requests an extension of the time to file hers response to plaintiffs' complaint the later of (a) 14 days after the entry of an order ruling on Magistrate Dries's report and recommendation, and (b) January 9, 2023, that is, 30 days after December 10, 2022.

Dated at Milwaukee, WI on December 5, 2022.

_____
Jeffrey Sweetland
1902 N. 49th St.
Milwaukee, WI 53208
(414) 453-2998
murphysweetland@twc.com

_____
Margaret Murphy
1902 N. 49th St.
Milwaukee, WI 53208
(414) 453-2998
murphysweetland@twc.com

## AFFIDAVIT OF SERVICE

State of Wisconsin.      )
                         ) ss
Milwaukee County         )

JEFFREY P. SWEETLAND, being duly sworn, on oath deposes and states:

1. I am an adult resident of the City of Milwaukee in Milwaukee County.

2. On December 5, 2022, I placed a copy of the within and foregoing *MOTION OF PRO SE DEFENDANTS JEFFREY SWEETLAND AND MARGARET MURPHY FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT* in a properly-addressed sealed envelope with sufficient first-class postage affixed thereto to ensure timely delivery, addressed to each of the following:

| | | |
|---|---|---|
| Nicholas Earl Rezny<br>2154 N. 48th St.<br>Milwaukee, WI 53208 | Jack Boblick<br>2032 N. Hi-Mount Blvd.<br>Milwaukee, WI 53208 | Mathew & Andrea Loss<br>6428 W. Washington Blvd.<br>Wauwatosa, WI 53213 |
| ARDCGroup LLC<br>American Community<br>Re-Development Group<br>4812 W. Lloyd St.<br>Milwaukee, WI 53208 | Betty & Carl Nilssen<br>2016 N. Hi-Mount Blvd.<br>Milwaukee, WI 53208 | Darrel & Barbara Jacobs<br>1930 N. Hi-Mount Blvd.<br>Milwaukee, WI 53208 |
| Charles Dee<br>Ann Landre<br>2024 N. Hi-Mount Blvd.<br>Milwaukee, WI 53208 | Ryan & Sara Janacek<br>2013 N. Hi-Mount Blvd.<br>Milwaukee, WI 53208 | Theresa A. Montag<br>Asst. City Attorney<br>City Hall, Suite 800<br>200 E. Wells St.<br>Milwaukee, WI 53202 |

_____
JEFFREY P. SWEETLAND

SUBSCRIBED AND SWORN TO before me by JEFFREY P. SWEETLAND this __5__ day of __December__, 2022.

DIA WESNER
Notary Public
State of Wisconsin

Notary Public, Milwaukee County, Wisconsin
My Commission 10/12/2025

4