# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**NICHOLAS EARL REZNY, et al.,**
      **Plaintiffs,**

  v.                                                        Case No. 22-C-1285

**WISCONSIN DEPARTMENT OF FINANCIAL**
**INSTITUTIONS, et al.,**
      **Defendants.**

---

## ORDER

On October 31, 2022, Nicholas Earl Rezny, proceeding pro se, filed a complaint naming himself and two limited liability companies as plaintiffs. Because limited liability companies can appear in this court only if they are represented by counsel, Gen. L.R. 83(e), and because no attorney has signed the complaint on behalf of the two limited liability companies, those companies are not proper parties to this case. Thus, I view Rezny as the sole plaintiff.

After Rezny filed this case, it was assigned to Magistrate Judge Stephen C. Dries. Although Rezny paid the full filing fee, Magistrate Judge Dries screened the complaint, as courts are permitted to do under 28 U.S.C. § 1915(e)(2), *see Rowe v. Shake*, 196 F.3d 778, 783 (7th Cir. 1999), and recommended that a district judge dismiss the action as frivolous.

The magistrate judge's recommendation contains a detailed explanation of why the plaintiff's claims are frivolous. The plaintiff has filed an objection to the recommendation, but the objection does not present a cogent argument showing that his complaint presents federal claims of arguable merit. And I cannot find a potentially valid

claim among the plaintiff's lengthy allegations. Therefore, I will accept Magistrate Judge Dries' recommendation to dismiss the action as frivolous.

While the time for the plaintiff to file an objection to the magistrate judge's recommendation was running, *see* Fed. R. Civ. P. 72(b)(2), he served at least some of the defendants with the summons and complaint, and those defendants have filed appearances, responses to the complaint, or motions for extensions of time to file a response to the complaint. Because I am dismissing the case as frivolous, I will deny as moot the motions that remain pending.

Accordingly, **IT IS ORDERED** that Magistrate Judge Dries' recommendation (ECF No. 3) is **ACCEPTED** and this case is **DISMISSED WITH PREJUDICE** as frivolous. The Clerk of Court shall enter final judgment.

**IT IS FURTHER ORDERED** that the defendants' pending motions (ECF Nos. 9, 19, 22 & 27) are **DENIED** as **MOOT**.

Dated at Milwaukee, Wisconsin, this 9th day of December, 2022.

/s/Lynn Adelman
LYNN ADELMAN
District Judge